# <u>EXHIBIT A</u>

Irrevocable offer for the purchase of the RDA PROPERTIES("Bid")

Bidder: H Capital Holdings, LLC ("Bidder")
     1 Bridgeview Plaza, Suite 860
     Fort Lee, New Jersey

Date: July 9, 2024

Dear Sir or Madam,

The Bidder hereby irrevocable offers to purchase the RDA Properties (the FER Property and the 600 Guyon Property) for a total consideration collectively as allocated below:

1. 1000 Frank E Rodgers Boulevard, Harrison NJ (lot 5.02 in block 151, lot 17.02 in block 137 and lot 1.02 in block 149); (ii) 1000 Frank E Rodgers Boulevard, Harrison NJ (lot 1.07 in block 136); (iii) 1000 Frank E Rodgers Boulevard, Harrison NJ  (the "FER Property")

                                  **Forty Two Million Dollars ($42,000,000.00)**

2. 600 Guyon Drive, Harrison NJ (lot 16.01 in block 150) (the "600 Guyon Property")

                                  **Eight Million Dollars ($8,000,000.00)**

       **PURCHASE PRICE:**       **Sixty Million Dollars ($50,000,000.00)**

The Bid is 100% cash and not subject to any financing.

The Bidder is not submitting any bid on the non-RDA Properties.

The bid on the FER Property is not conditioned on the successful bid on the 600 Guyon Property bid.

The bid on the 600 Guyon Property is conditioned on the successful bid on the FER Property.

3. The Bid is being submitted such that the RDA Properties shall be free of all debt and mortgages of record and the Bidder shall assume no cure costs. The Bid is subject only to the executory contracts, unexpired leases, covenants running with the land and the Redevelopment Agreement with the City of Harrison Redevelopment Authority (including any amounts due and owing thereunder).

4. **Good Faith Deposit**: a deposit in the amount equal to $5,000,000.00  (10% of the aggregate purchase price of the Bid) is presently held in trust and able to be funded within 24 hours upon Debtor's approval of  Potential Bidder's title company (the "Good Faith Deposit").

5. Attached hereto is a redline copy of the form of purchase agreement.

6. Attached hereto is a schedule of contracts and leases to be assumed.

7. By submission of this Bid, H Capital Holdings, LLC hereby affirms that their Qualified Bid will be irrevocable, whether or not such Qualified Bid is selected as the successful bid or the next highest or otherwise best bid (d) a statement from the Potential Bidder that the Qualified Bid will be irrevocable (whether or not such Qualified Bid is selected as the Successful Bid or next highest or otherwise best Bid (the "Back-Up Bid") until the consummation of the Sale Transaction.

> Respectfully submitted,
> /s
> H. Capital Holdings, LLC
> By: Anthony He, Manager

Exhibit A
PSA Redline

Exhibit B
Assumed Contracts and Leases

1. RDA with Harrison Redevelopment Authority
2. Limited Property Access Agreement (Railworks)
3. Parking Facility Management Agreement
4. Red Bull Parking Agreement
5. All existing easements of record
6. All existing entitlements