# EXHIBIT G

| | |
|---|---|
| **From:** | Michael Ochs |
| **To:** | Eliades, Daniel M. |
| **Cc:** | Mazawey, Jennifer; Waldman, William; Michael E. Holt |
| **Subject:** | RE: Supor -- H Capital -- Closing Extension Request -- Submitted in Connection with Settlement Discussions -- Privileged Communication [KLG-USE_ACTIVE01.FID3458511] |
| **Date:** | Monday, January 6, 2025 1:32:40 PM |
| **Attachments:** | image001.png |
| | image002.png |
| | Amendemnt 1-6-2025.docx |
| | Redline Amendment 1-6.pdf |

**This Message Is From an External Sender**
This message came from outside your organization.

Dan,

I have coordinated with Jerry, his client wants the entire existing amount released and another deposit posted by Monday (which we are willing to do). I have modified the agreement to reflect same. I am attaching for your review and comment.

With regard to the Seller's additional conditions below:

1. We will execute the consent agreement simultaneously with the extension.
2. All communications have been verbal between Mr. He and the Madison parties. To the extent they escalate to formal written offer, we will provide copies of same.
3. We can provide proof of funds.
4. We do not agree to pre-fund the cure claims and amounts requested by Harrison. I have spoken with Jim Bruno today as of 1:00. He did not request any immediate payments, but has just asked to be kept in the loop on any extensions and new closing date.
5. We are not conditioning the FER transaction on any other transactions. Each deal stands alone.

Please review with your client and advise.

Mike

Michael A. Ochs, Esq.
Phone: 201-321-7816
Email: mochs@tm-firm.com
Trif & Modugno, LLC
89 Headquarters Plaza, Suite 1201
Morristown, New Jersey 07960

---

**From:** Eliades, Daniel M. <Daniel.Eliades@klgates.com>
**Sent:** Sunday, January 5, 2025 1:07 PM
**To:** Michael Ochs <mochs@tm-firm.com>
**Cc:** Mazawey, Jennifer <Jennifer.Mazawey@klgates.com>; Waldman, William <William.Waldman@klgates.com>; Michael E. Holt <mholt@Formanlaw.com>
**Subject:** FW: Supor -- H Capital -- Closing Extension Request -- Submitted in Connection with Settlement Discussions -- Privileged Communication [KLG-USE_ACTIVE01.FID3458511]

**Importance:** High

Mike,

Thank you for your e-mail.  Apart from any requirements of Madison to the proposed Amendment to Purchase and Sale Agreement, as a condition of another extension of the closing date Sellers' request:

- Execution of the attached Consent Agreement by H Capital and Mr. He.

- A copy of any written proposal of the He Group to purchase all or part of the Madison loan.

- Written proof of available funds of H Capital to close the FER Property transaction (which was required in the prior amendment to the PSA).

- Payment of an additional deposit on 1/7 equal to the amount of the cure claim and other amounts requested by Harrison at closing regarding the  RDA properties - $500,708.66. A copy of the Harrison itemized statement is attached.

- Acknowledgement that closing of FER transaction is not contingent on any other transaction between the parties.

Please let us know if these items are agreeable.  If so, we will include more them in a turn of the proposed Amendment to Purchase and Sale Agreement, assuming that Madison is agreeable to an extension.  <u>If Madison is not agreeable to extend the closing date, or if the parties are unable to reach an agreement on a further Amendment to Purchase and Sale Agreement, Sellers remain ready, willing and able to close the FER Property transaction on January 7</u>.

Separately, we will provide you later this week with proposed agreements regarding the Harrison properties (600 Guyon, 1-15 Railroad Ave, 400 Supor Blvd.) the Barnegat property (160 Gunning River Rd.)  Closing of the FER property transaction will <u>not</u> be contingent on the closing of all or any potential transactions involving the Harrison or Barnegat properties.

Thank you.

Dan



**Daniel M. Eliades**
Partner
K&L Gates LLP
One Newark Center - 10th Floor
Newark, New Jersey 07102
Phone: 973 848 4018
Fax: 973 848 4001
Daniel.Eliades@klgates.com
Bio: https://www.klgates.com/Daniel-M-Eliades

Austin  Beijing  Berlin  Boston  Brisbane  Brussels  Charleston  Charlotte  Chicago  Dallas  Doha  Dubai  Dublin  Fort Worth    Frankfurt    Harrisburg    Hong Kong    Houston    Kansas City  London    Los Angeles  Luxembourg  Melbourne    Miami  Milan  Munich  Nashville  Newark  New York  Orange County  Palo Alto  Paris  Perth  Pittsburgh  Portland  Raleigh  Research Triangle Park  San Francisco  São Paulo  Seattle  Seoul  Shanghai  Singapore  Sydney  Taipei  Tokyo  Washington, D.C.  Wilmington

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only.  If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Daniel.Eliades@klgates.com

**From:** Michael Ochs <mochs@tm-firm.com>
**Sent:** Friday, January 3, 2025 2:48 PM
**To:** Eliades, Daniel M. <Daniel.Eliades@klgates.com>; Jerry Feuerstein <jfeuerstein@kandfllp.com>
**Cc:** Mazawey, Jennifer <Jennifer.Mazawey@klgates.com>; Waldman, William <William.Waldman@klgates.com>
**Subject:** RE: Supor -- H Capital -- Closing Extension Request -- Submitted in Connection with Settlement Discussions [KLG-USE_ACTIVE01.FID3484783]

Jerry,

H Capital is requesting an extension of the closing date of the FER properties.  The Supor sellers have verbally agreed to the concept, but are seeing the attached extension document for the first time. We are proposing to extend from January 7th to the 21st with $32,000 per day carry cost funded to you together with a release of another $1mm from the deposit. The form of amendment mirror the terms of the last extension. The requested time is being asked for to allow the H Capital group to continue discussions with the Madison principals on buying the note. Please let us know if Madison agrees to the extension based on the terms below.  I have attached the proposed amendment to the PSA.

Please also let us know if you would like to discuss.  Thank you.

Mike

Michael A. Ochs, Esq.
89 Headquarters Plaza
North Tower, Suite 1201
Morristown, New Jersey 07960
201-321-7816
www.tm-firm.com



This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only.  If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Daniel.Eliades@klgates.com.

## Binkley, Sydney L.

| | |
|---|---|
| **From:** | Michael Ochs <mochs@tm-firm.com> |
| **Sent:** | Tuesday, January 7, 2025 1:17 PM |
| **To:** | Eliades, Daniel M.; Mazawey, Jennifer; Michael Holt |
| **Subject:** | Account snapshot |

**This Message Is From an External Sender**

This message came from outside your organization.

1

# WELLS FARGO

## Account Summary

**Business Checking**

...9204

# $82,000,950.00

Available balance

 Mortgage refinance analysis

**Business Savings**

...4021

# $2,000.00

Available balance

Sent from my iPhone