# EXHIBIT I

| | |
|---|---|
| **From:** | Michael Ochs |
| **To:** | Mazawey, Jennifer |
| **Cc:** | Eliades, Daniel M.; Waldman, William; Michael E. Holt; Welsh, Eileen M. |
| **Subject:** | RE: H Capital purchase of 1000 FER Blvd [KLG-USE_ACTIVE01.FID3282821] |
| **Date:** | Wednesday, January 22, 2025 4:39:03 PM |
| **Attachments:** | image001.jpg |
| | image002.jpg |

**This Message Is From an External Sender**
This message came from outside your organization.

I am expecting the funds today. My official outgoing wire cutoff is 4:00. Unofficially, we can initiate up until 5:00, but can't guaranty the wire room would still be open.

**From:** Mazawey, Jennifer <Jennifer.Mazawey@klgates.com>

**Sent:** Wednesday, January 22, 2025 4:19 PM

**To:** Michael Ochs <mochs@tm-firm.com>

**Cc:** Eliades, Daniel M. <Daniel.Eliades@klgates.com>; Waldman, William <William.Waldman@klgates.com>; Michael E. Holt <mholt@formanlaw.com>; Welsh, Eileen M. <eileen.welsh@klgates.com>

**Subject:** RE: H Capital purchase of 1000 FER Blvd [KLG-USE_ACTIVE01.FID3282821]

Thank you Mike
Do you expect those funds to hit your trust account today? And if so, what is the process for the funds to be sent to the title company?  We are trying to ascertain the feasibility of a closing today based on availability of buyers' funds.
Thanks.



**Jennifer Mazawey**
Partner
K&L Gates LLP
One Newark Center, 10th Fl.
1085 Raymond Blvd.
Newark, NJ 07102
Office: +1.973.848.4037
Cell: +1.201.686.8885
Jennifer.Mazawey@klgates.com
www.klgates.com

**From:** Michael Ochs <mochs@tm-firm.com>

**Sent:** Wednesday, January 22, 2025 4:00 PM

**To:** Mazawey, Jennifer <Jennifer.Mazawey@klgates.com>

**Cc:** Eliades, Daniel M. <Daniel.Eliades@klgates.com>; Waldman, William <William.Waldman@klgates.com>; Michael E. Holt <mholt@formanlaw.com>; Welsh, Eileen M. <eileen.welsh@klgates.com>

**Subject:** RE: H Capital purchase of 1000 FER Blvd [KLG-USE_ACTIVE01.FID3282821]

Jen,
See attached for the Assignment and Assumption of the PSA.

Client funds are in transit to my trust account and I will confirm once I receive.

Mike

---

**From:** Mazawey, Jennifer <Jennifer.Mazawey@klgates.com>
**Sent:** Wednesday, January 22, 2025 3:33 PM
**To:** Michael Ochs <mochs@tm-firm.com>
**Cc:** Eliades, Daniel M. <Daniel.Eliades@klgates.com>; Waldman, William <William.Waldman@klgates.com>; Michael E. Holt <mholt@formanlaw.com>; Welsh, Eileen M. <eileen.welsh@klgates.com>
**Subject:** FW: H Capital purchase of 1000 FER Blvd [KLG-USE_ACTIVE01.FID3282821]

Mike –
Please advise the status of the buyer's funds for the transactions and the assignments to the SPEs.



**Jennifer Mazawey**
Partner
K&L Gates LLP
One Newark Center, 10th Fl.
1085 Raymond Blvd.
Newark, NJ 07102
Office: +1.973.848.4037
Cell: +1.201.686.8885
Jennifer.Mazawey@klgates.com
www.klgates.com

---

**From:** Michele Caporin <Michele@corteshay.com>
**Sent:** Wednesday, January 22, 2025 3:30 PM
**To:** Mazawey, Jennifer <Jennifer.Mazawey@klgates.com>; Welsh, Eileen M. <eileen.welsh@klgates.com>
**Subject:** RE: H Capital purchase of 1000 FER Blvd

Good afternoon,

I have not received the buyer's funds or the assignments.

Michele Caporin, VP
Cortes & Hay Title Agency, Inc.
With Affiliate Companies:
ABCO of Northampton, LLC

Weathervane Abstract & Settlement Services, LLC
110  Main Street
Flemington, NJ  08822
(908)782-8850
Fax: (908)782-1998

**WARNING! WIRE FRAUD ADVISORY: Wire fraud and email
hacking/phishing attacks are on the increase! Please tell your clients if they
receive an email containing <u>Wire Transfer Instructions</u>, DO NOT
RESPOND TO THE EMAIL! Instead, call our office, using previously
known contact information and NOT information provided in the email, to
verify the information prior to sending funds.**

Building Logo sm

Agent-Fraud-EM-Signature-Final (2)

**From:** Mazawey, Jennifer <Jennifer.Mazawey@klgates.com>
**Sent:** Wednesday, January 22, 2025 3:06 PM
**To:** Michele Caporin <Michele@corteshay.com>; Welsh, Eileen M. <eileen.welsh@klgates.com>
**Subject:** RE: H Capital purchase of 1000 FER Blvd

Michele
Can you please confirm that you have the funds from Buyer required to fund the
transaction.
Also, please confirm that you have the assignments from H Capital Holdings to the 3 SPEs.
We are working on getting you our wiring instructions.
Thank you.
Jennifer



**Jennifer Mazawey**
Partner
K&L Gates LLP
One Newark Center, 10th Fl.
1085 Raymond Blvd.
Newark, NJ 07102