# **<u>EXHIBIT J</u>**

| | |
|---|---|
| **From:** | Michael Ochs |
| **To:** | Mazawey, Jennifer; Michele Daly |
| **Subject:** | Fwd: Wire confirmation |
| **Date:** | Friday, January 24, 2025 2:19:52 PM |
| **Attachments:** | PHOTO-2025-01-24-11-04-12.jpg |

We initiated $50mm this morning. Please confirm once it hits. Sent from my iPhone Begin forwarded message:
From: Michael Ochs <mochs@ tm-firm. com> Date: January 24, 2025 at 2: 10: 27 PM EST To: Michael Ochs
<mochs@ tm-firm. com> Subject:
ZjQcmQRYFpfptBannerStart
This Message Is From an External Sender
This message came from outside your organization.

ZjQcmQRYFpfptBannerEnd
We initiated $50mm this morning. Please confirm once it hits.

Sent from my iPhone

Begin forwarded message:

From: Michael Ochs <mochs@tm-firm.com>
Date: January 24, 2025 at 2:10:27 PM EST
To: Michael Ochs <mochs@tm-firm.com>
Subject: Wire confirmation

Sent from my iPhone

台北富邦銀行

香港分行 HONG KONG BRANCH
九龍尖沙咀梳士巴利道18號, Victoria Dockside, K11 A
16/F, K11 Atelier, Victoria Dockside, 18 Salisbury Road, Tsin
Tel:(852) 2822 7700      Fax:(852) 2810 4483

DEBIT ADVICE - Outward Remittance

```
                                   DATE       : 24-JAN-25
                                   REF.       : ████████50089
TO :                               CUST. CODE : 07431
GREENLAND INDUSTRIAL LIMITED
FLAT 4B YICK LEE MANSION
26 KIN TAK ST YUEN LONG
NT HONG KONG
```

WE HAVE DEBITED YOUR ACCOUNT BEING HANDLING OF Outward Remittance
DETAILS AS FOLLOWS :

```
RELATED REF.      : ████████50089
VALUE DATE        : 24JAN-25
REMITTED AMOUNT   : USD            50,000,000.00
TRANSACTION AMOUNT : USD           50,000,000.00
```

| | | |
|---|---|---|
| Equivalent Amount | USD | |
| @ 1 | USD | 50,000,000.00 |
| OR CABLE FEE | USD | |
| | USD | 20.00 |
| OR COMM | USD | |
| | USD | 13.00 |

```
DEBITED AMOUNT    : USD    50,000,033.00

A/C NO.           : USD    ████4595

BENEFICIARY       : ████7523
                    CORTES& HAY TITLE AGENCY, INC
```