# **EXHIBIT K**

| | |
|---|---|
| **From:** | Mazawey, Jennifer |
| **To:** | Michael Ochs; Jerry Feuerstein |
| **Cc:** | Michele Caporin; Maria Di Toro; Waldman, William; Welsh, Eileen M.; Eliades, Daniel M. |
| **Subject:** | RE: H Capital purchase of 1000 FER Blvd [KLG-USE_ACTIVE01.FID3282821] |
| **Date:** | Friday, January 31, 2025 9:42:23 AM |

Good morning, all
Do we have any update on buyers' funds?



**Jennifer Mazawey**
Partner
K&L Gates LLP
One Newark Center, 10th Fl.
1085 Raymond Blvd.
Newark, NJ 07102
Office: +1.973.848.4037
Cell: +1.201.686.8885
Jennifer.Mazawey@klgates.com
www.klgates.com

---

**From:** Michael Ochs <mochs@tm-firm.com>
**Sent:** Wednesday, January 29, 2025 12:14 PM
**To:** Jerry Feuerstein <jfeuerstein@kandfllp.com>
**Cc:** Michele Caporin <Michele@corteshay.com>; Maria Di Toro <MDiToro@kandfllp.com>;
Mazawey, Jennifer <Jennifer.Mazawey@klgates.com>; Waldman, William
<William.Waldman@klgates.com>; Welsh, Eileen M. <eileen.welsh@klgates.com>; Eliades, Daniel
M. <Daniel.Eliades@klgates.com>
**Subject:** RE: H Capital purchase of 1000 FER Blvd [KLG-USE_ACTIVE01.FID3282821]

**This Message Is From an External Sender**

This message came from outside your organization.

We are diligently pushing the bank for their swift confirmation. It is Chinese New Year and the banks are closed. We are told that the wire went out before the bank's closing for the holiday.

There is a call scheduled for 1:30 (Eastern) with the banker for an update.

---

**From:** Jerry Feuerstein <jfeuerstein@kandfllp.com>
**Sent:** Wednesday, January 29, 2025 7:48 AM
**To:** Michael Ochs <mochs@tm-firm.com>
**Cc:** Michele Caporin <Michele@corteshay.com>; Maria Di Toro <MDiToro@kandfllp.com>; Jennifer
Mazawey <Jennifer.Mazawey@klgates.com>; William Waldman <William.Waldman@klgates.com>;
Eileen M. Welsh <eileen.welsh@klgates.com>; Daniel M. Eliades <Daniel.Eliades@klgates.com>

**Subject:** Re: H Capital purchase of 1000 FER Blvd [KLG-USE_ACTIVE01.FID3282821]

Please provide an update

Jerold C. Feuerstein, Esq.
Kriss & Feuerstein LLP
360 Lexington Avenue, Suite 1200
New York, NY 10017
Voice: 212-661-2900 ext. 4110
Direct Fax: 646-454-4150
Main Fax: 212-661-9397
email: jfeuerstein@kandfllp.com

On Jan 27, 2025, at 11:10 PM, Michael Ochs <mochs@tm-firm.com> wrote:

** EXTERNAL EMAIL **

My client has had multiple calls with their bank since
Friday. Over the weekend they assured us that Friday's
wire will hit by 12:00 today.

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Jennifer.Mazawey@klgates.com.

| | |
|---|---|
| **From:** | Michael Ochs |
| **To:** | Mazawey, Jennifer |
| **Cc:** | Michael E. Holt; Eliades, Daniel M.; Waldman, William; Eliades, Daniel M.; Waldman, William; Michele Daly |
| **Subject:** | Re: H Capital purchase of 1000 FER Blvd |
| **Date:** | Monday, February 3, 2025 2:39:06 PM |
| **Attachments:** | image001.jpg |
| | image002.jpg |
| | image001.jpg |
| | image002.jpg |
| | image001.jpg |
| | image002.jpg |
| | image001.jpg |
| | image002.jpg |

**This Message Is From an External Sender**
This message came from outside your organization.

I am told that all wires will hit by 3:30 today.
Sent from my iPhone


On Feb 3, 2025, at 2:20 PM, Mazawey, Jennifer
<Jennifer.Mazawey@klgates.com> wrote:


Mike
Let us know if you want to have an all-hands call today. Dan and I are available from 3:30-4 and then again after 4:30.



**Jennifer Mazawey**
Partner
K&L Gates LLP
One Newark Center, 10th Fl.
1085 Raymond Blvd.
Newark, NJ 07102
Office: +1.973.848.4037
Cell: +1.201.686.8885
Jennifer.Mazawey@klgates.com
www.klgates.com

**From:** Michele Caporin <Michele@corteshay.com>
**Sent:** Monday, February 3, 2025 1:50 PM
**To:** Jerry Feuerstein <jfeuerstein@kandfllp.com>; Mazawey, Jennifer
<Jennifer.Mazawey@klgates.com>; Michael Ochs <mochs@tm-firm.com>
**Cc:** Maria Di Toro <MDiToro@kandfllp.com>; Waldman, William
<William.Waldman@klgates.com>; Welsh, Eileen M. <eileen.welsh@klgates.com>;
Eliades, Daniel M. <Daniel.Eliades@klgates.com>

**Subject:** RE: H Capital purchase of 1000 FER Blvd [KLG-USE_ACTIVE01.FID3282821]

Not yet.

Michele Caporin, VP
Cortes & Hay Title Agency, Inc.
With Affiliate Companies:
ABCO of Northampton, LLC
Weathervane Abstract & Settlement Services, LLC
110  Main Street
Flemington, NJ  08822
(908)782-8850
Fax: (908)782-1998

**WARNING! WIRE FRAUD ADVISORY: Wire fraud and email hacking/phishing attacks are on the increase! Please tell your clients if they receive an email containing Wire Transfer Instructions, DO NOT RESPOND TO THE EMAIL! Instead, call our office, using previously known contact information and NOT information provided in the email, to verify the information prior to sending funds.**



---

**From:** Jerry Feuerstein <jfeuerstein@kandfllp.com>
**Sent:** Monday, February 3, 2025 1:46 PM
**To:** Michele Caporin <Michele@corteshay.com>; Mazawey, Jennifer <Jennifer.Mazawey@klgates.com>; Michael Ochs <mochs@tm-firm.com>
**Cc:** Maria Di Toro <MDiToro@kandfllp.com>; Waldman, William <William.Waldman@klgates.com>; Welsh, Eileen M. <eileen.welsh@klgates.com>; Eliades, Daniel M. <Daniel.Eliades@klgates.com>
**Subject:** RE: H Capital purchase of 1000 FER Blvd [KLG-USE_ACTIVE01.FID3282821]

Has the wire hit?

Jerold C. Feuerstein, Esq.
Kriss & Feuerstein LLP
360 Lexington Avenue, Suite 1200
New York, NY 10017
Voice: 212-661-2900 ext. 4110
Direct Fax: 646-454-4150
Main Fax: 212-661-9397
email: jfeuerstein@kandfllp.com