# **EXHIBIT L**

| | |
|---|---|
| **From:** | Michael Ochs |
| **To:** | Mazawey, Jennifer; Eliades, Daniel M. |
| **Subject:** | Part 1 |
| **Date:** | Thursday, February 6, 2025 3:45:14 PM |
| **Attachments:** | PHOTO-2025-02-06-15-42-48.jpg |

**This Message Is From an External Sender**
This message came from outside your organization.



Sent from my iPhone

**From:** ofac_feedback@treasury.gov

**Sent:** Thursday, February 6, 2025 3:19 PM

**To:** A He <ahe@hequitiesllc.com>

**Subject:** Confirmation of Removal from OFAC Sanctions List

Dear Lee,

We are pleased to confirm that you, along with your associated account and company, have been removed from the Office of Foreign Assets Control (OFAC) sanctions list.

As a result, all accounts we have been holding will be released before 5:00 PM today. Please note that the funds may take up to 72 hours to reflect as available in your account.

For reference, your case number is **OT 409280L**. Should you have any

| | |
|---|---|
| **From:** | Michael Ochs |
| **To:** | Mazawey, Jennifer; Eliades, Daniel M. |
| **Subject:** | Part 2 |
| **Date:** | Thursday, February 6, 2025 3:45:44 PM |
| **Attachments:** | PHOTO-2025-02-06-15-43-18.jpg |

### This Message Is From an External Sender
This message came from outside your organization.



Sent from my iPhone

For reference, your case number is **OT 409280L**. Should you have any questions or require further assistance, please have your attorney contact us and provide the reference number.

Best regards,

Compliance Officer, Sanctions Compliance
and Evaluation Division
Office of Foreign Assets Control
U.S. Department of the Treasury

**Sanctions Compliance & Evaluation Division** through their official website or the following: