# EXHIBIT M

| | |
|---|---|
| **From:** | Michael Ochs |
| **To:** | Eliades, Daniel M. |
| **Cc:** | Mazawey, Jennifer; Michael E. Holt |
| **Subject:** | Re: Update |
| **Date:** | Thursday, February 13, 2025 8:06:20 PM |

**This Message Is From an External Sender**
This message came from outside your organization.

Client and banker from chase.
Sent from my iPhone

> On Feb 13, 2025, at 8:01 PM, Eliades, Daniel M. <Daniel.Eliades@klgates.com>
> wrote:

Who is telling you this?



**Daniel M. Eliades**
Partner
K&L Gates LLP
One Newark Center - 10th Floor
Newark, New Jersey 07102
Phone: 973 848 4018
Fax: 973 848 4001
Daniel.Eliades@klgates.com
Bio: https://www.klgates.com/Daniel-M-Eliades

Austin   Beijing   Berlin   Boston   Brisbane   Brussels   Charleston   Charlotte   Chicago   Dallas   Doha   Dubai   Dublin  Fort Worth   Frankfurt   Harrisburg   Hong Kong   Houston   Kansas City   London   Los Angeles   Luxembourg  Melbourne   Miami   Milan  Munich   Nashville   Newark   New York   Orange County   Palo Alto   Paris   Perth   Pittsburgh   Portland   Raleigh   Research Triangle Park   San Francisco   São Paulo   Seattle   Seoul   Shanghai   Singapore   Sydney   Taipei   Tokyo   Washington, D.C.   Wilmington

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only.  If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Daniel.Eliades@klgates.com

**From:** Michael Ochs <mochs@tm-firm.com>
**Sent:** Thursday, February 13, 2025 8:00 PM
**To:** Mazawey, Jennifer <Jennifer.Mazawey@klgates.com>; Eliades, Daniel M.
<Daniel.Eliades@klgates.com>
**Cc:** Michael E. Holt <mholt@formanlaw.com>

**Subject:** Update

I am told that funding will occur before 12:00 tomorrow.

If I get fed reference numbers I will provide same.

Michael A. Ochs, Esq.
Phone: 201-321-7816
Email: mochs@tm-firm.com
Trif & Modugno, LLC
89 Headquarters Plaza, Suite 1201
Morristown, New Jersey 07960

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only.  If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Daniel.Eliades@klgates.com.