# **<u>EXHIBIT N</u>**

| | |
|---|---|
| **From:** | Michael Ochs |
| **To:** | Michele Daly; Michael E. Holt; Mazawey, Jennifer; Eliades, Daniel M. |
| **Subject:** | Wire status updated to in transit |
| **Date:** | Friday, February 14, 2025 3:52:34 PM |
| **Attachments:** | PHOTO-2025-02-14-15-49-41.jpg |

**This Message Is From an External Sender**
This message came from outside your organization.



Sent from my iPhone

| | |
|---|---|
| Wire date | Feb 14, 2025 |
| Status | In transit |
| Wire to | Cortes & Hay Title |
| Transaction number | 12023547113 |
| Actions | ▼ Hide Details |
| Transfer amount | $75,000,000.00 |
| Amount | $75,000,000.00 USD |

Wire to

Cortes & Hay Title Agency LLC(...4595)

Wire from

PLAT BUS CHECKING (...7789)

Amount

$75,000,000.00 USD

(U.S. Dollar) Wire fee ⓘ

See analysis statement

Total

$75,000,000.00 USD

(U.S. Dollar) Wire date

Feb 14, 2025

Status In transit