# EXHIBIT O

| | |
|---|---|
| **From:** | Michael Ochs |
| **To:** | Eliades, Daniel M. |
| **Cc:** | Jerry Feuerstein; Mazawey, Jennifer; Michael E. Holt |
| **Subject:** | Re: Fed reference for the wire [KLG-USE_ACTIVE01.FID3383198] |
| **Date:** | Tuesday, February 18, 2025 2:42:58 PM |

**This Message Is From an External Sender**
This message came from outside your organization.

I won't have any updated information for 3:30 and am proposing a call after 4:30.
Sent from my iPhone


> On Feb 18, 2025, at 1:56 PM, Eliades, Daniel M. <Daniel.Eliades@klgates.com>
> wrote:


Taking the title company off.

Mike Ochs. Can you do a call at 3:30?  Jerry is available then.


**Daniel M. Eliades**
Partner
K&L Gates LLP
One Newark Center - 10th Floor
Newark, New Jersey 07102
Phone: 973 848 4018
Fax: 973 848 4001
Daniel.Eliades@klgates.com
Bio: https://www.klgates.com/Daniel-M-Eliades

Austin   Beijing   Berlin   Boston   Brisbane   Brussels   Charleston   Charlotte   Chicago   Dallas
Doha   Dubai   Dublin  Fort Worth   Frankfurt   Harrisburg   Hong Kong   Houston   Kansas City
 London   Los Angeles   Luxembourg  Melbourne   Miami   Milan   Munich   Nashville   Newark   New
York   Orange County   Palo Alto   Paris   Perth   Pittsburgh   Portland   Raleigh   Research Triangle
Park   San Francisco   São Paulo   Seattle   Seoul   Shanghai   Singapore   Sydney   Taipei
Tokyo    Washington, D.C.   Wilmington

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be
privileged and confidential and are intended for the use of the intended addressee(s) only.  If you are not an
intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is
prohibited. If you have received this e-mail in error, please contact me at Daniel.Eliades@klgates.com

**From:** Jerry Feuerstein <jfeuerstein@kandfllp.com>
**Sent:** Tuesday, February 18, 2025 1:51 PM
**To:** Michael Ochs <mochs@tm-firm.com>
**Cc:** Eliades, Daniel M. <Daniel.Eliades@klgates.com>; Michele Daly

<michele@corteshay.com>; Mazawey, Jennifer <Jennifer.Mazawey@klgates.com>;
Michael E. Holt <mholt@formanlaw.com>
**Subject:** RE: Fed reference for the wire

I am advised that the Fed Ref number is not a valid number.   Mike, please
advise ASAP.

Jerold C. Feuerstein, Esq.
Kriss & Feuerstein LLP
360 Lexington Avenue, Suite 1200
New York, NY 10017
Voice: 212-661-2900 ext. 4110
Direct Fax: 646-454-4150
Main Fax: 212-661-9397
email: jfeuerstein@kandfllp.com

NOTICE:

This e-mail message is intended only for the named recipient(s) above. It may
contain confidential information that is privileged or that constitutes attorney
work product. If you are not the intended recipient, you are hereby notified that
any dissemination, distribution, or copying of this e-mail and any attachment(s)
is strictly prohibited. If you have received this e-mail in error, please
immediately notify the sender at 212-661-2900 or by replying to this e-mail and
delete the message and any attachment(s) from your system. Thank you.
IRS CIRCULAR 230 DISCLOSURE: To comply with IRS Regulations, we
inform you that any discussion of U.S. federal tax issues in this correspondence
(including any attachments) is not intended or written to be used, and cannot
be used, (i) to avoid any penalties imposed under the Internal Revenue Code,
or (ii) to promote, market, or recommend to another party any transaction or
matter addressed herein.

THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION
OBTAINED WILL BE USED FOR THAT PURPOSE.

---

**From:** Michael Ochs <mochs@tm-firm.com>
**Sent:** Tuesday, February 18, 2025 1:49 PM
**To:** Jerry Feuerstein <jfeuerstein@kandfllp.com>
**Cc:** Daniel M. Eliades <Daniel.Eliades@klgates.com>; Michele Daly
<michele@corteshay.com>; Jennifer Mazawey <Jennifer.Mazawey@klgates.com>;
Michael E. Holt <mholt@formanlaw.com>
**Subject:** Re: Fed reference for the wire

** EXTERNAL EMAIL **

From client

Sent from my iPhone

On Feb 18, 2025, at 1:14 PM, Jerry Feuerstein <jfeuerstein@kandfllp.com> wrote:

Did you get the fed reference number from your client or was it sent directly to you from the BanK?

Jerold C. Feuerstein, Esq.
Kriss & Feuerstein LLP
360 Lexington Avenue, Suite 1200
New York, NY 10017
Voice: 212-661-2900 ext. 4110
Direct Fax: 646-454-4150
Main Fax: 212-661-9397
email: jfeuerstein@kandfllp.com

NOTICE:

This e-mail message is intended only for the named recipient(s) above. It may contain confidential information that is privileged or that constitutes attorney work product. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this e-mail and any attachment(s) is strictly prohibited. If you have received this e-mail in error, please immediately notify the sender at 212-661-2900 or by replying to this e-mail and delete the message and any attachment(s) from your system. Thank you.
IRS CIRCULAR 230 DISCLOSURE: To comply with IRS Regulations, we inform you that any discussion of U.S. federal tax issues in this correspondence (including any attachments) is not intended or written to be used, and cannot be used, (i) to avoid any penalties imposed under the Internal Revenue Code, or (ii) to promote, market, or recommend to another party any transaction or matter addressed herein.

THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

**From:** Michael Ochs <mochs@tm-firm.com>
**Sent:** Tuesday, February 18, 2025 12:26 PM
**To:** Jerry Feuerstein <jfeuerstein@kandfllp.com>
**Cc:** Daniel M. Eliades <Daniel.Eliades@klgates.com>; Michele Daly <michele@corteshay.com>; Jennifer Mazawey

<Jennifer.Mazawey@klgates.com>; Michael E. Holt
<mholt@formanlaw.com>
**Subject:** Re: Fed reference for the wire

> ** EXTERNAL EMAIL **

Not yet
Sent from my iPhone

On Feb 18, 2025, at 12:06 PM, Jerry Feuerstein
<jfeuerstein@kandfllp.com> wrote:

Did the wire hit?

Jerold C. Feuerstein, Esq.
Kriss & Feuerstein LLP
360 Lexington Avenue, Suite 1200
New York, NY 10017
Voice: 212-661-2900 ext. 4110
Direct Fax: 646-454-4150
Main Fax: 212-661-9397
email: jfeuerstein@kandfllp.com

NOTICE:

This e-mail message is intended only for the named
recipient(s) above. It may contain confidential
information that is privileged or that constitutes attorney
work product. If you are not the intended recipient, you
are hereby notified that any dissemination, distribution,
or copying of this e-mail and any attachment(s) is
strictly prohibited. If you have received this e-mail in
error, please immediately notify the sender at 212-661-
2900 or by replying to this e-mail and delete the
message and any attachment(s) from your system.
Thank you.
IRS CIRCULAR 230 DISCLOSURE: To comply with
IRS Regulations, we inform you that any discussion of
U.S. federal tax issues in this correspondence
(including any attachments) is not intended or written to
be used, and cannot be used, (i) to avoid any penalties
imposed under the Internal Revenue Code, or (ii) to
promote, market, or recommend to another party any
transaction or matter addressed herein.

THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

---

**From:** Michael Ochs <mochs@tm-firm.com>
**Sent:** Tuesday, February 18, 2025 11:12 AM
**To:** Jerry Feuerstein <jfeuerstein@kandfllp.com>; Daniel M. Eliades <Daniel.Eliades@klgates.com>; Michele Daly <michele@corteshay.com>; Jennifer Mazawey <Jennifer.Mazawey@klgates.com>; Michael E. Holt <mholt@formanlaw.com>
**Subject:** Fed reference for the wire

> ** EXTERNAL EMAIL **

I am copying title company on this email and asking that the receiving bank track this wire.

<image001.jpg>

Sent from my iPhone

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only.  If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Daniel.Eliades@klgates.com.