# **EXHIBIT P**

| From: | Michael Ochs |
|---|---|
| To: | Jerry Feuerstein; Michael E. Holt; Eliades, Daniel M.; Mazawey, Jennifer |
| Cc: | James Bruno; Michele Caporin |
| Subject: | Funding Update Supor-Harrison |
| Date: | Tuesday, March 18, 2025 9:56:55 AM |
| Attachments: | PHOTO-2025-03-18-09-24-45.jpg |
| | Letter from Fubon.pdf |

**This Message Is From an External Sender**
This message came from outside your organization.

I wanted to get a third party confirmation to the group for funding of the purchase price.

The buyer has been diligently trying to get their funds cleared for closing. Last week a certified check was deposited into Flagstar Bank. As of yesterday (and confirmed again today) the funds had not yet cleared the account.

In response, my client arranged for a back-up funding source to come from an investor (Greenland Industrial Limited). Below you will see the international wire confirmation for the wire initiated yesterday. Fubon Bank also sent us the attached letter detailing the background of their previous wires.

I will see most of you shortly at the status conference, but wanted to get this out before the hearing.

Again, the buyer remains committed to closing and requests time to have the funds clear.

**From:** Michael Ochs <mochs@tm-firm.com>
**Sent:** Tuesday, March 18, 2025 9:39 AM
**To:** Michael Ochs <mochs@tm-firm.com>
**Subject:**

**Taipei Fubon Bank**
台北富邦銀行

TAIPEI FUBON COMMERCIAL BANK CO., LTD.
(INCORPORATED IN TAIWAN WITH LIMITED LIABILITY)
香港分行 HONG KONG BRANCH
九龍尖沙咀梳士巴利道18號, Victoria Dockside, K11 Atelier 16樓
16/F, K11 Atelier, Victoria Dockside, 18 Salisbury Road, Tsim Sha Tsui, Kowloon, Hong Kong
Tel:(852) 2822 7700          Fax:(852) 2810 4483          SWIFT:TPBKHKHH

DEBIT ADVICE - Outward Remittance

DATE        : 17-MAR-25
REF.        : ▮▮▮▮▮4679
CUST. CODE  : 07431

TO :
GREENLAND INDUSTRIAL LIMITED
FLAT 4B YICK LEE MANSION
26 KIN TAK ST YUEN LONG
NT HONG KONG

WE HAVE DEBITED YOUR ACCOUNT BEING HANDLING OF Outward Remittance
DETAILS AS FOLLOWS :

RELATED REF.        : ▮▮▮▮▮4679
VALUE DATE          : 17-MAR-25
REMITTED AMOUNT     : USD          51,080,000.00
TRANSACTION AMOUNT  : USD          51,080,000.00

Equivalent Amount                      USD
        @ 1                            USD                  51,080,000.00

OR CABLE FEE                           USD
                                       USD                        20.00

OR COMM                                USD
                                       USD                        13.00

DEBITED AMOUNT      : USD    51,080,033.00

A/C NO.             : USD    ▮▮▮▮4414

BENEFICIARY         : ▮▮▮▮7527
                      ICORTES& HAY TITLE AGENCY , INC

BENEFICIARY BANK    : CTZIUS33XXX
                      CITIZENS BANK NA

DETAILS OF PAYMENT : SUPOR HARRISON

YOURS FAITHFULLY ,

TAIPEI FUBON COMMERCIAL BANK CO., LTD
HONG KONG BRANCH

(THIS IS A COMPUTER GENERATED ADVICE. NO SIGNATURE IS REQUIRED)