# **<u>EXHIBIT R</u>**

| | |
|---|---|
| **From:** | Michael Ochs |
| **To:** | Michael E. Holt |
| **Cc:** | Eliades, Daniel M.; Mazawey, Jennifer; Jerry Feuerstein; Michele Caporin |
| **Subject:** | RE: Supor Properties Enterprises, et al. - H Capital Holdings LLC |
| **Date:** | Friday, March 28, 2025 1:01:29 PM |
| **Attachments:** | image001.jpg |

**This Message Is From an External Sender**
This message came from outside your organization.

I am being told that Fubon Bank's international wire will clear the title company's citizens bank account by Monday morning and closing will happen then.

The funds from Flagstar Bank are still not available as of the time of this email.

To the extent we aren't closed, I will attend the status conference.

**From:** Michael E. Holt <mholt@Formanlaw.com>
**Sent:** Friday, March 28, 2025 8:22 AM
**To:** Michael Ochs <mochs@tm-firm.com>
**Cc:** Daniel M. Eliades - K&L Gates (Daniel.Eliades@klgates.com) <Daniel.Eliades@klgates.com>; Jennifer Mazawey (Jennifer.Mazawey@klgates.com) <Jennifer.Mazawey@klgates.com>; Jerry Feuerstein <jfeuerstein@kandfllp.com>
**Subject:** RE: Supor Properties Enterprises, et al. - H Capital Holdings LLC

Oh yes, please also confirm that you will attend the status conference.  Thanks.
Mike

**Michael Holt**
**Direct 201.857.7110 mholt@formanlaw.com**



Forman_3color logo

**www.formanlaw.com**

This e-mail may contain information that is privileged or confidential and subject to legal restrictions regarding its unauthorized disclosure or other use.  You are prohibited from copying distributing or otherwise using this information if you are not the intended recipient. If you have received this in error, please notify us immediately by return e-mail and delete this e-mail and all attachments from your system.  Thank you

**From:** Michael E. Holt
**Sent:** Friday, March 28, 2025 7:54 AM
**To:** Michael Ochs <mochs@tm-firm.com>
**Cc:** Daniel M. Eliades - K&L Gates (Daniel.Eliades@klgates.com) <Daniel.Eliades@klgates.com>;
Jennifer Mazawey (Jennifer.Mazawey@klgates.com) <Jennifer.Mazawey@klgates.com>; Jerry
Feuerstein <jfeuerstein@kandfllp.com>
**Subject:** Supor Properties Enterprises, et al. - H Capital Holdings LLC

Mike Ochs
The Fourth Amended PSA fixes a closing deadline of Monday March 31, 2025.  The status
conference is scheduled for Tuesday April 1, 2025, at 11:00 a.m.  I need to prepare and file a
status report with the court prior to the status conference.  Please confirm the status of the
funds (both the Flagstar Bank funds and the wire from Hong Kong) and whether the closing
will happen on or before Monday, so I can put that in the status report.  Thank you.
Mike

**Michael Holt**
**Direct 201.857.7110 mholt@formanlaw.com**

**365 W. Passaic St., Suite 400, Rochelle Park, NJ 07662**
**T 201.845.1000 F 201.655.6650**

**620 Fifth Avenue, 2nd Floor, New York, NY 10020**
**T 212.707.8500 F 332.205.9332**



**www.formanlaw.com**

This e-mail may contain information that is privileged or confidential and subject to legal
restrictions regarding its unauthorized disclosure or other use.  You are prohibited from
copying distributing or otherwise using this information if you are not the intended recipient.
If you have received this in error, please notify us immediately by return e-mail and delete
this e-mail and all attachments from your system.  Thank you