# **EXHIBIT S**

| | |
|---|---|
| **From:** | Michael Ochs |
| **To:** | James Bruno |
| **Cc:** | Jerry Feuerstein; Michael E. Holt; Eliades, Daniel M.; Mazawey, Jennifer; Michele Caporin; Sari B. Placona |
| **Subject:** | Re: Funding Update Supor-Harrison |
| **Date:** | Monday, March 31, 2025 10:28:18 AM |
| **Attachments:** | image001.png |
| | image002.jpg |

---

**This Message Is From an External Sender**
This message came from outside your organization.

---

As of 10:30 the Flagstar funds have not been cleared.

We are anticipating the Fubong bank wire to hit today.
Sent from my iPhone


On Mar 31, 2025, at 9:42 AM, James Bruno <jbruno@cqclaw.com> wrote:



Mike:

Following up on our telephone conversation on Friday afternoon, please advise
if in fact the closing funds have now been cleared through Flagstar Bank.

-

James P. Bruno, Esq.

Castano Quigley Cherami LLC

7 Giralda Farms, Suite 170

Madison, NJ  07940

Email: jbruno@cqclaw.com

Direct No.: 973-287-4982

Telephone: 973-808-1234 Ext. 202

Fax: 973-808-8480

<image001.png>

*Confidentiality Note:  The information contained in this transmittal and any documents accompanying the transmittal contain information from the Law Firm of Castano Quigley Cherami LLC, which is confidential and/or legally privileged. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, or the employee or agent responsible for delivery to the intended recipient, or you received this transmittal in error, you are hereby notified that any disclosure, copying, distribution, dissemination or the taking of any action in reliance upon the contents of this transmittal is prohibited. Please notify us by telephoning immediately so that we can arrange for the return of the original documents at no cost to you.*