# **<u>EXHIBIT T</u>**

| | |
|---|---|
| **From:** | Michael Ochs |
| **To:** | Jerry Feuerstein; Mazawey, Jennifer; Eliades, Daniel M.; Michael E. Holt |
| **Subject:** | FW: Update on Wire Transfer to Cortes & Hay Title Agency Inc. |
| **Date:** | Monday, March 31, 2025 2:05:24 PM |

**This Message Is From an External Sender**
This message came from outside your organization.

**From:** dzhang <dzhang@188.com>

**Sent:** Monday, March 31, 2025 7:04 AM

**To:** A He <ahe@hequitiesllc.com>

发件人: Taipei Fubon Bank Hong Kong Branch <cbs_hk@dfm.taipeifubon.com.tw>

日期: 2025年3月31日 GMT+8 12:33:31
收件人: dzhang <dzhang@188.com>
主题: **Update on Wire Transfer to Cortes & Hay Title Agency Inc.**
回复给: cbs_hk@fubon.com

Dear Mr Zhang,

The information you request for  reference number  ( 95OFOF3251700170. We successfully located the wire status with  SWIFT underwriting department.

Currently, the SWIFT underwriting department anticipates completing the underwriting process by Monday. Following completion, we will release the wire transfer to the receiving bank, Citizens Bank in the U.S., within one to three business days.

Should you require further details or assistance, please let us know.

Thank you for your patience and cooperation.

Best regards,

Best regards,

Benny Zhao

Tel: (852) 2842 6222

Relationship Manager | Global Private Banking logo.jpg

Fubon Bank Building, 38 Des Voeux Road Central, Hong Kong

Taipei Fubon Bank Hong Kong Branch - Customer

以下是转发的邮件:

发件人: Taipei Fubon Bank Hong Kong Branch
<cbs_hk@dfm.taipeifubon.com.tw>
日期: 2025年1月28日 GMT+8 14:38:34
收件人: dzhang <dzhang@188.com>
主题: **Update on Wire Transfer to Cortes & Hay Title Agency Inc.**
回复给: cbs_hk@fubon.com

Good afternoon, Mr. Zheng,

I wanted to update you regarding the wire transfer sent to Cortes & Hay Title Agency Inc. Our wire department has reviewed the transaction, and it appears that the wire is currently being held up due to a request for documentation from H Capital. They require proof that the wire is related to this specific transaction.

As per our previous conversation, if you could kindly provide the sales contract or any relevant documents showing that Cortes & Hay Title Agency Inc. is the escrow agent for this transaction, that would help resolve the issue. Once we receive the required documentation, the wire will be released and should arrive within three business days, typically on the same day.

Thank you for your attention to this matter. Please let me know if you need any further clarification or assistance.

Best regards,

Benny Zhao

Tel: (852) 2842 6222

Relationship Manager | Global Private Banking logo.jpg

Fubon Bank Building, 38 Des Voeux Road Central, Hong Kong

Taipei Fubon Bank Hong Kong Branch - Customer