# **<u>EXHIBIT U</u>**

| | |
|---|---|
| **From:** | Jerry Feuerstein |
| **To:** | Michael Ochs; Mazawey, Jennifer |
| **Cc:** | Eliades, Daniel M.; Michael E. Holt |
| **Subject:** | RE: Update on Wire Transfer to Cortes & Hay Title Agency Inc. [KLG-USE_ACTIVE01.FID3282821] |
| **Date:** | Monday, March 31, 2025 5:31:53 PM |

---

**This Message Is From an External Sender**
This message came from outside your organization.

---

Need a writing that it was completed and positive.


Jerold C. Feuerstein, Esq.
Kriss & Feuerstein LLP
360 Lexington Avenue, Suite 1200
New York, NY 10017
Voice: 212-661-2900 ext. 4110
Direct Fax: 646-454-4150
Main Fax: 212-661-9397
email: jfeuerstein@kandfllp.com

NOTICE:

This e-mail message is intended only for the named recipient(s) above. It may contain confidential information that is privileged or that constitutes attorney work product. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this e-mail and any attachment(s) is strictly prohibited. If you have received this e-mail in error, please immediately notify the sender at 212-661-2900 or by replying to this e-mail and delete the message and any attachment(s) from your system. Thank you. IRS CIRCULAR 230 DISCLOSURE: To comply with IRS Regulations, we inform you that any discussion of U.S. federal tax issues in this correspondence (including any attachments) is not intended or written to be used, and cannot be used, (i) to avoid any penalties imposed under the Internal Revenue Code, or (ii) to promote, market, or recommend to another party any transaction or matter addressed herein.

THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

---

**From:** Michael Ochs <mochs@tm-firm.com>
**Sent:** Monday, March 31, 2025 5:03 PM
**To:** Jennifer Mazawey <Jennifer.Mazawey@klgates.com>
**Cc:** Jerry Feuerstein <jfeuerstein@kandfllp.com>; Daniel M. Eliades <Daniel.Eliades@klgates.com>; Michael E. Holt <mholt@formanlaw.com>
**Subject:** Re: Update on Wire Transfer to Cortes & Hay Title Agency Inc. [KLG-USE_ACTIVE01.FID3282821]

** EXTERNAL EMAIL **

The underwriting happened already.
Sent from my iPhone

> On Mar 31, 2025, at 4:57 PM, Mazawey, Jennifer <Jennifer.Mazawey@klgates.com> wrote:
>
> Mike – the note from the bank states that "the SWIFT underwriting department anticipates completing the underwriting process by Monday" – is that underwriting process happening in the United States or in Hong Kong? In Hong Kong isn't it Tuesday already? So, if the underwriting is happening in Hong Kong, did it occur already?



**Jennifer Mazawey**
Partner
K&L Gates LLP
One Newark Center, 10th Fl.
1085 Raymond Blvd.
Newark, NJ 07102
Office: +1.973.848.4037
Cell: +1.201.686.8885
Jennifer.Mazawey@klgates.com
www.klgates.com

**From:** Michael Ochs <mochs@tm-firm.com>
**Sent:** Monday, March 31, 2025 4:54 PM
**To:** Jerry Feuerstein <jfeuerstein@kandfllp.com>
**Cc:** Mazawey, Jennifer <Jennifer.Mazawey@klgates.com>; Eliades, Daniel M. <Daniel.Eliades@klgates.com>; Michael E. Holt <mholt@formanlaw.com>
**Subject:** Re: Update on Wire Transfer to Cortes & Hay Title Agency Inc.

Not yet. Incoming wires can still hit until 6:00
Sent from my iPhone

> On Mar 31, 2025, at 4:52 PM, Jerry Feuerstein <jfeuerstein@kandfllp.com> wrote:
>
> Is there an update?

Jerold C. Feuerstein, Esq.
Kriss & Feuerstein LLP
360 Lexington Avenue, Suite 1200
New York, NY 10017
Voice: 212-661-2900 ext. 4110
Direct Fax: 646-454-4150
Main Fax: 212-661-9397
email: jfeuerstein@kandfllp.com

NOTICE:

This e-mail message is intended only for the named recipient(s) above. It may contain confidential information that is privileged or that constitutes attorney work product. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this e-mail and any attachment(s) is strictly prohibited. If you have received this e-mail in error, please immediately notify the sender at 212-661-2900 or by replying to this e-mail and delete the message and any attachment(s) from your system. Thank you.
IRS CIRCULAR 230 DISCLOSURE: To comply with IRS Regulations, we inform you that any discussion of U.S. federal tax issues in this correspondence (including any attachments) is not intended or written to be used, and cannot be used, (i) to avoid any penalties imposed under the Internal Revenue Code, or (ii) to promote, market, or recommend to another party any transaction or matter addressed herein.

THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

**From:** Michael Ochs <mochs@tm-firm.com>
**Sent:** Monday, March 31, 2025 2:05 PM
**To:** Jerry Feuerstein <jfeuerstein@kandfllp.com>; Mazawey, Jennifer <Jennifer.Mazawey@klgates.com>; Eliades, Daniel M. <Daniel.Eliades@klgates.com>; Michael E. Holt <mholt@formanlaw.com>
**Subject:** FW: Update on Wire Transfer to Cortes & Hay Title Agency Inc.

** EXTERNAL EMAIL **

**From:** dzhang <dzhang@188.com>

**Sent:** Monday, March 31, 2025 7:04 AM

**To:** A He <ahe@hequitiesllc.com>

发件人: Taipei Fubon Bank Hong Kong Branch
<cbs_hk@dfm.taipeifubon.com.tw>

日期: 2025年3月31日 GMT+8 12:33:31
收件人: dzhang <dzhang@188.com>
主题: **Update on Wire Transfer to Cortes & Hay Title Agency Inc.**
回复给: cbs_hk@fubon.com

Dear Mr Zhang,

The information you request for  reference number  ( 95OFOF3251700170. We successfully located the wire status with  SWIFT underwriting department.

Currently, the SWIFT underwriting department anticipates completing the underwriting process by Monday. Following completion, we will release the wire transfer to the receiving bank, Citizens Bank in the U.S., within one to three business days.

Should you require further details or assistance, please let us know.

Thank you for your patience and cooperation.


Best regards,


Best regards,

Benny Zhao

Tel: (852) 2842 6222

Relationship Manager | Global Private Banking
<~WRD3051.jpg>
logo.jpg

Fubon Bank Building, 38 Des Voeux Road Central, Hong Kong

Taipei Fubon Bank Hong Kong Branch - Customer
<~WRD3051.jpg>


以下是转发的邮件:

发件人: Taipei Fubon Bank Hong Kong Branch <cbs_hk@dfm.taipeifubon.com.tw>
日期: 2025年1月28日 GMT+8 14:38:34
收件人: dzhang <dzhang@188.com>
主题: **Update on Wire Transfer to Cortes & Hay Title Agency Inc.**
回复给: cbs_hk@fubon.com

Good afternoon, Mr. Zheng,

I wanted to update you regarding the wire transfer sent to Cortes & Hay Title Agency Inc. Our wire department has reviewed the transaction, and it appears that the wire is currently being held up due to a request for documentation from H Capital. They require proof that the wire is related to this specific transaction.

As per our previous conversation, if you could kindly provide the sales contract or any relevant documents showing that Cortes & Hay Title Agency Inc. is the escrow agent for this transaction, that would help resolve the issue. Once we receive the required documentation, the wire will be released and should arrive within three business days, typically on the same day.

Thank you for your attention to this matter. Please let me know if you need any further clarification or assistance.

Best regards,

Benny Zhao

Tel: (852) 2842 6222

Relationship Manager | Global Private Banking
<~WRD3051.jpg>
logo.jpg

Fubon Bank Building, 38 Des Voeux Road Central, Hong Kong

Taipei Fubon Bank Hong Kong Branch - Customer
<~WRD3051.jpg>

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Jennifer.Mazawey@klgates.com.