# **<u>EXHIBIT V</u>**

| | |
|---|---|
| **From:** | Michael Ochs |
| **To:** | Jerry Feuerstein; Eliades, Daniel M.; Mazawey, Jennifer; Michael E. Holt; Michele Caporin; James Bruno |
| **Subject:** | Fwd: Update on Wire Transfer to Cortes & Hay Title Agency Inc. |
| **Date:** | Tuesday, April 1, 2025 8:58:28 AM |
| **Attachments:** | Outlook-e5uamgyj.png |

**This Message Is From an External Sender**
This message came from outside your organization.

Update below. As per bank funds will arrive any time from today to 3 business days.
Sent from my iPhone

**From:** dzhang <dzhang@188.com>
**Sent:** Tuesday, April 1, 2025 1:06 AM
**To:** A He <ahe@hequitiesllc.com>
**Subject:** Fw: Update on Wire Transfer to Cortes & Hay Title Agency Inc.

日期: 2025年4月01日 GMT+8 11:13:01
收件人: dzhang <dzhang@188.com>
主题: **Update on Wire Transfer to Cortes & Hay Title Agency Inc.**
回复给: cbs_hk@fubon.com

Good Afternoon, Mr. Zhang,

I apologize for any inconvenience caused by this matter. I have just received confirmation from our wire department indicating that the SWIFT transfer has completed underwriting and has been approved for release to the receiving bank. Therefore, I can confirm that the funds will be available at the receiving bank anytime between today and the next three business days.

I fully understand the importance of this transaction and assure you that I will closely monitor its progress until the funds are received. Please note that Friday is a national holiday, and as a result, I will be out of the office from Thursday until the following Monday.

Additionally, the Letter of Credit from Costco Canada has been cleared. Could you please advise me of your availability for a meeting? I require your signature to respond formally to the sender's bank.

Thank you very much for your understanding and cooperation.


Best regards,


Benny Zhao

Tel: (852) 2842 6222

Relationship Manager | Global Private Banking

 logo.jpg

Fubon Bank Building, 38 Des Voeux Road Central, Hong Kong

Taipei Fubon Bank Hong Kong Branch - Customer

---

**From:** A He <ahe@hequitiesllc.com>
**Sent:** Monday, March 31, 2025 8:08 AM
**To:** Michael Ochs <mochs@tm-firm.com>
**Subject:** Fw: Update on Wire Transfer to Cortes & Hay Title Agency Inc.


**From:** dzhang <dzhang@188.com>

**Sent:** Monday, March 31, 2025 7:04 AM

**To:** A He <ahe@hequitiesllc.com>

发件人: Taipei Fubon Bank Hong Kong Branch
<cbs_hk@dfm.taipeifubon.com.tw>

日期: 2025年3月31日 GMT+8 12:33:31

收件人: dzhang <dzhang@188.com>
主题: **Update on Wire Transfer to Cortes & Hay Title Agency Inc.**
回复给: cbs_hk@fubon.com

Dear Mr Zhang,

The information you request for  reference number（95OFOF3251700170. We successfully located the wire status with  SWIFT underwriting department.

Currently, the SWIFT underwriting department anticipates completing the underwriting process by Monday. Following completion, we will release the wire transfer to the receiving bank, Citizens Bank in the U.S., within one to three business days.

Should you require further details or assistance, please let us know.

Thank you for your patience and cooperation.

Best regards,

Best regards,

Benny Zhao

Tel: (852) 2842 6222

Relationship Manager | Global Private Banking☐logo.jpg

Fubon Bank Building, 38 Des Voeux Road Central, Hong Kong

Taipei Fubon Bank Hong Kong Branch - Customer

以下是转发的邮件:

发件人: Taipei Fubon Bank Hong Kong Branch <cbs_hk@dfm.taipeifubon.com.tw>
日期: 2025年1月28日 GMT+8 14:38:34
收件人: dzhang <dzhang@188.com>
主题: **Update on Wire Transfer to Cortes & Hay Title Agency Inc.**
回复给: cbs_hk@fubon.com

Good afternoon, Mr. Zheng,

I wanted to update you regarding the wire transfer sent to Cortes & Hay Title Agency Inc. Our wire department has reviewed the transaction, and it appears that the wire is currently being held up due to a request for documentation from H Capital. They require proof that the wire is related to this specific transaction.

As per our previous conversation, if you could kindly provide the sales contract or any relevant documents showing that Cortes & Hay Title Agency Inc. is the escrow agent for this transaction, that would help resolve the issue. Once we receive the required documentation, the wire will be released and should arrive within three business days, typically on the same day.

Thank you for your attention to this matter. Please let me know if you need any further clarification or assistance.

Best regards,

Benny Zhao

Tel: (852) 2842 6222

Relationship Manager | Global Private Banking logo.jpg

Fubon Bank Building, 38 Des Voeux Road Central, Hong Kong

Taipei Fubon Bank Hong Kong Branch - Customer

| | |
|---|---|
| **From:** | Michael Ochs |
| **To:** | Michael E. Holt |
| **Cc:** | Jerry Feuerstein; Eliades, Daniel M.; Mazawey, Jennifer; Michele Caporin; James Bruno |
| **Subject:** | Re: Update on Wire Transfer to Cortes & Hay Title Agency Inc. |
| **Date:** | Tuesday, April 1, 2025 9:51:43 AM |
| **Attachments:** | image001.jpg |
| | image002.png |

**This Message Is From an External Sender**
This message came from outside your organization.

My understanding is that the funds will be available by Friday and possibly as early as today.
The holiday in Hong Kong will have no impact on the clearing of the funds.
Sent from my iPhone

On Apr 1, 2025, at 9:17 AM, Michael E. Holt <mholt@formanlaw.com> wrote:

Mike Ochs
What does "three business days" mean?  Please provide a date.  For example, the person below wrote that Friday is a national holiday where he is and he would be out of the office from Thursday through Monday.  Thank you.
Mike Holt

**Michael Holt**
**Direct 201.857.7110 mholt@formanlaw.com**

<image001.jpg>

**www.formanlaw.com**
This e-mail may contain information that is privileged or confidential and subject to legal restrictions regarding its unauthorized disclosure or other use.  You are prohibited from copying distributing or otherwise using this information if you are not the intended recipient.  If you have received this in error, please notify us immediately by return e-mail and delete this e-mail and all attachments from your system.  Thank you

-

**From:** Michael Ochs <mochs@tm-firm.com>
**Sent:** Tuesday, April 1, 2025 8:58 AM