# <u>EXHIBIT W</u>

| | |
|---|---|
| **From:** | Michael Ochs |
| **To:** | Eliades, Daniel M.; Jerry Feuerstein |
| **Cc:** | Michael E. Holt; Mazawey, Jennifer |
| **Subject:** | RE: Update on Wire Transfer to Cortes & Hay Title Agency Inc. [KLG-USE_ACTIVE01.FID3383198] |
| **Date:** | Monday, April 7, 2025 5:24:25 PM |

---

### This Message Is From an External Sender
This message came from outside your organization.

---

My client is still in court in NY. Several bank reps are there as well together with various government representatives.

There is a negotiation occurring as to when the hold is released and what funds will be released and when.

I am told that I will have sharable information shortly.

---

**From:** Michael Ochs
**Sent:** Monday, April 7, 2025 11:39 AM
**To:** Eliades, Daniel M. <Daniel.Eliades@klgates.com>; Jerry Feuerstein <jfeuerstein@kandfllp.com>
**Cc:** Michael E. Holt <mholt@formanlaw.com>; Mazawey, Jennifer <Jennifer.Mazawey@klgates.com>
**Subject:** RE: Update on Wire Transfer to Cortes & Hay Title Agency Inc. [KLG-USE_ACTIVE01.FID3383198]

No change/No update yet.

---

**From:** Eliades, Daniel M. <Daniel.Eliades@klgates.com>
**Sent:** Monday, April 7, 2025 11:31 AM
**To:** Michael Ochs <mochs@tm-firm.com>; Jerry Feuerstein <jfeuerstein@kandfllp.com>
**Cc:** Michael E. Holt <mholt@formanlaw.com>; Mazawey, Jennifer <Jennifer.Mazawey@klgates.com>
**Subject:** RE: Update on Wire Transfer to Cortes & Hay Title Agency Inc. [KLG-USE_ACTIVE01.FID3383198]

Mike O. -- What is the status of funding/closing today?



**Daniel M. Eliades**
Partner
K&L Gates LLP
One Newark Center - 10th Floor
Newark, New Jersey 07102
Phone: 973 848 4018
Fax: 973 848 4001
Daniel.Eliades@klgates.com
Bio: https://www.klgates.com/Daniel-M-Eliades

Austin  Beijing  Berlin  Boston  Brisbane  Brussels  Charleston  Charlotte  Chicago  Dallas  Doha  Dubai  Dublin  Fort Worth  Frankfurt  Harrisburg  Hong Kong  Houston  Kansas City  London  Los Angeles  Luxembourg  Melbourne  Miami  Milan  Munich  Nashville  Newark  New York  Orange County  Palo Alto  Paris  Perth  Pittsburgh  Portland  Raleigh  Research Triangle Park  San Francisco  São Paulo  Seattle  Seoul  Shanghai  Singapore  Sydney  Taipei  Tokyo  Washington, D.C.  Wilmington

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only.  If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Daniel.Eliades@klgates.com

**From:** Michael Ochs <mochs@tm-firm.com>
**Sent:** Monday, April 7, 2025 7:39 AM
**To:** Jerry Feuerstein <jfeuerstein@kandfllp.com>
**Cc:** Eliades, Daniel M. <Daniel.Eliades@klgates.com>; Michael E. Holt <mholt@formanlaw.com>; Mazawey, Jennifer <Jennifer.Mazawey@klgates.com>
**Subject:** Re: Update on Wire Transfer to Cortes & Hay Title Agency Inc. [KLG-USE_ACTIVE01.FID3383198]

My client believes we will be funded today.  I understand that my client filed an order to show cause in the NY case. I understand it was heard late Friday, with a positive outcome on our side.

I have requested from counsel anything I can share or disclose documenting the above, but have not yet received their response.
Sent from my iPhone

On Apr 7, 2025, at 7:16 AM, Jerry Feuerstein <jfeuerstein@kandfllp.com> wrote:

Mike Ochs-  At this point can we assume the funds are not going to arrive?

Jerold C. Feuerstein, Esq.
Kriss & Feuerstein LLP
360 Lexington Avenue, Suite 1200
New York, NY 10017
Voice: 212-661-2900 ext. 4110
Direct Fax: 646-454-4150
Main Fax: 212-661-9397
email: jfeuerstein@kandfllp.com

On Apr 4, 2025, at 1:00 PM, Michael Ochs <mochs@tm-firm.com> wrote:

** EXTERNAL EMAIL **

I have discussed with them. As of today, they are not interested in filing an order to show cause action against any bank.  I will revisit the issue with them at the end of the day if we still do not have any wires.