# <u>EXHIBIT X</u>

| | |
|---|---|
| **From:** | Eliades, Daniel M. |
| **To:** | "Michael Ochs"; Jerry Feuerstein |
| **Cc:** | Mazawey, Jennifer; Michael E. Holt |
| **Bcc:** | Eliades, Daniel M.; "1305085_00002__Bankruptcy Special Counsel Engagement E_mails" |
| **Subject:** | RE: Update on Wires [KLG-USE_ACTIVE01.FID3383198] |
| **Date:** | Wednesday, April 9, 2025 5:59:00 PM |

Removing the title company.

I thought that all of the Fubon Bank funds are supposed to be available by 4/12. Is that no longer the case?

What is the source of the $2MM?

I thought that your earlier e-mail said that the $2M was available "immediately". Did I misunderstand?



**Daniel M. Eliades**
Partner
K&L Gates LLP
One Newark Center - 10th Floor
Newark, New Jersey 07102
Phone: 973 848 4018
Fax: 973 848 4001
Daniel.Eliades@klgates.com
Bio: https://www.klgates.com/Daniel-M-Eliades

Austin  Beijing  Berlin  Boston  Brisbane  Brussels  Charleston  Charlotte  Chicago  Dallas  Doha  Dubai  Dublin  Fort Worth  Frankfurt  Harrisburg  Hong Kong  Houston  Kansas City  London  Los Angeles  Luxembourg  Melbourne  Miami  Milan  Munich  Nashville  Newark  New York  Orange County  Palo Alto  Paris  Perth  Pittsburgh  Portland  Raleigh  Research Triangle Park  San Francisco  São Paulo  Seattle  Seoul  Shanghai  Singapore  Sydney  Taipei  Tokyo  Washington, D.C.  Wilmington

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Daniel.Eliades@klgates.com

**From:** Michael Ochs <mochs@tm-firm.com>
**Sent:** Wednesday, April 9, 2025 5:55 PM
**To:** Jerry Feuerstein <jfeuerstein@kandfllp.com>
**Cc:** Mazawey, Jennifer <Jennifer.Mazawey@klgates.com>; Eliades, Daniel M. <Daniel.Eliades@klgates.com>; Michael E. Holt <mholt@formanlaw.com>; Michele Caporin <Michele@corteshay.com>
**Subject:** Re: Update on Wires

**This Message Is From an External Sender**

This message came from outside your organization.

If the parties can come to terms on another extension I believe the additional deposit can be funded early next week.
Sent from my iPhone


On Apr 9, 2025, at 4:38 PM, Jerry Feuerstein <jfeuerstein@kandfllp.com> wrote:


Mike- Please provide an update.  Also, when can your client pay the $2mm?



Jerold C. Feuerstein, Esq.
Kriss & Feuerstein LLP
360 Lexington Avenue, Suite 1200
New York, NY 10017
Voice: 212-661-2900 ext. 4110
Direct Fax: 646-454-4150
Main Fax: 212-661-9397
email: jfeuerstein@kandfllp.com

NOTICE:

This e-mail message is intended only for the named recipient(s) above. It may contain confidential information that is privileged or that constitutes attorney work product. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this e-mail and any attachment(s) is strictly prohibited. If you have received this e-mail in error, please immediately notify the sender at 212-661-2900 or by replying to this e-mail and delete the message and any attachment(s) from your system. Thank you.
IRS CIRCULAR 230 DISCLOSURE: To comply with IRS Regulations, we inform you that any discussion of U.S. federal tax issues in this correspondence (including any attachments) is not intended or written to be used, and cannot be used, (i) to avoid any penalties imposed under the Internal Revenue Code, or (ii) to promote, market, or recommend to another party any transaction or matter addressed herein.

THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

**From:** Michael Ochs <mochs@tm-firm.com>
**Sent:** Tuesday, April 8, 2025 1:47 PM
**To:** Jerry Feuerstein <jfeuerstein@kandfllp.com>; Jennifer Mazawey <Jennifer.Mazawey@klgates.com>; Daniel M. Eliades <Daniel.Eliades@klgates.com>; Michael E. Holt <mholt@formanlaw.com>; Michele Caporin <Michele@corteshay.com>

**Subject:** Update on Wires

** EXTERNAL EMAIL **

See below for update from Fubong. The Fincen hold has been lifted and the compliance questionnaire has been submitted.

We are awaiting the wire to hit the account.

To the extent the wire has not hit by Thursday's hearing date, we are proposing to put up an additional $2mm that can be be released immmediately for an extension.

Sent from my iPhone

 **Fubon Bank (Hong Kong) Limited**

**Dear Mr. Zhang**

**Date:** April 7, 2025

Apologies for any inconvenience caused earlier. I would like to confirm the status of the wire transfer you initiated to **Cortes & Hay Title Agency Inc.**

We sincerely apologize for the earlier confusion — we were initially unaware that **FinCEN** had flagged this transfer due to a prior dispute involving one of our associate companies. Fortunately, the matter has now been resolved, and we are in a position to proceed without further delay.

We have received final clearance from both **SWIFT** and **FinCEN** regarding the pending wire transfer. To move forward with the release of funds, please complete the compliance questionnaires at your earliest convenience. This is a standard requirement and should not take long to complete.

Once this step is finalized, we fully expect the funds to be made available to the title company on or before **April 12th**.

**Warm regards,**


*/s/ Benny Zhao*
**Benny Zhao**
Tel: (852) 2842 6222
Relationship Manager | Global Private Banking
Fubon Bank Building, 38 Des Voeux Road Central, Hong Kong
Taipei Fubon Bank Hong Kong Branch – Customer