# EXHIBIT Z

| | |
|---|---|
| **From:** | Michael Ochs |
| **To:** | Michael E. Holt |
| **Cc:** | Jerry Feuerstein; Daniel M. Eliades; Jennifer Mazawey |
| **Subject:** | Re: H Capital Extension Request -- Submitted in Connection with Settlement Discussions per FRE 408 [KLG-USE_ACTIVE01.FID3483476] |
| **Date:** | Tuesday, April 15, 2025 2:36:35 PM |
| **Attachments:** | image001.jpg |

I have spoken with my client. The $2mm has been initiated from a TD account. Will provide wire confirmation once received.

Based on his court appearance today he believes that closing funds will be released tomorrow morning by court order.

If funds are not in motion tomorrow for closing, we are preparing to file the OTC and will have the in camera submission submitted.

Sent from my iPhone

On Apr 15, 2025, at 2:10 PM, Michael E. Holt <mholt@formanlaw.com> wrote:

Mike Ochs
Yes, please do provide an update regarding the $2 MM extension fee payment, the proposed fifth amended PSA, and the projected closing date.  If you recall, Judge Meisel asked me to send a brief letter Wednesday or Thursday regarding the status.

Thanks.
Mike Holt

**Michael Holt**
**Direct 201.857.7110 mholt@formanlaw.com**

<image001.jpg>

**www.formanlaw.com**
This e-mail may contain information that is privileged or confidential and subject to legal restrictions regarding its unauthorized disclosure or other use.  You are prohibited from copying distributing or otherwise using this information if you are not the intended recipient.  If you have received this in error, please notify us immediately by return e-mail and delete this e-mail and all attachments from