# EXHIBIT AA

| | |
|---|---|
| **From:** | Michael Ochs |
| **To:** | Mazawey, Jennifer |
| **Cc:** | Michael E. Holt; Eliades, Daniel M. |
| **Subject:** | Re: Supor - H Capital - Madison [KLG-USE_ACTIVE01.FID3282821] |
| **Date:** | Thursday, April 17, 2025 11:32:21 AM |

**This Message Is From an External Sender**
This message came from outside your organization.

Yes
Sent from my iPhone

> On Apr 17, 2025, at 11:29 AM, Mazawey, Jennifer
> <Jennifer.Mazawey@klgates.com> wrote:

Are you still planning on meeting with your client's bank at 1 pm to wire the $2 million to Feuerstein?



**Jennifer Mazawey**
Partner
K&L Gates LLP
One Newark Center, 10th Fl.
1085 Raymond Blvd.
Newark, NJ 07102
Office: +1.973.848.4037
Cell: +1.201.686.8885
Jennifer.Mazawey@klgates.com
www.klgates.com

**From:** Michael Ochs <mochs@tm-firm.com>
**Sent:** Thursday, April 17, 2025 11:24 AM
**To:** Michael E. Holt <mholt@formanlaw.com>
**Cc:** Eliades, Daniel M. <Daniel.Eliades@klgates.com>; Mazawey, Jennifer <Jennifer.Mazawey@klgates.com>
**Subject:** Re: Supor - H Capital - Madison

The clients are meeting directly and have asked us to reconvene a call for 2:30.

Sent from my iPhone