# EXHIBIT BB

**From:**      Michael Ochs
**To:**        Michael E. Holt; Jerry Feuerstein; Eliades, Daniel M.
**Cc:**        Mazawey, Jennifer
**Subject:**   RE: Update - Supor - H Capital
**Date:**      Wednesday, May 7, 2025 6:48:52 PM

**This Message Is From an External Sender**
This message came from outside your organization.

Supor/Madison Teams:
On the advice of separate counsel, my client has not submitted anything in camera. I informed Judge Meisel's chambers yesterday, that they would not be receiving an in camera submission. Counsel indicates that they are prohibited from making any submission without judge and prosecution signoff, which is being withheld.

I now understand that while we were on the status call on Tuesday morning, an appeal was filed and the wires that were represented to me as being sent, were  held again. I understand it was stipulated by the parties that three wires held yesterday and today have been released and there are no more appeals available.

Now that the appeals have been exhausted,  OFAC has offered to explain the stop/start nature of this matter and verify the status of wires directly with Judge Meisel.  The OFAC agent is personally responsible for administratively releasing the wires and has offered to directly communictate to the Judge on their status.

Finally, as an additional back up, (and not knowing the status  and timing of the existing wires under OFAC control) my client and I arranged and are currently in closing on an  $80,000,000 + loan from an investor. Closing is ongoing this evening. We anticipate finishing the closing this evening and the loan to be funded tomorrow.

We are doing the best we can under the circumstances and appreciate the frustration this transaction is causing everyone.

We strongly believe that funding will occur tomorrow.

Mike

Michael A. Ochs, Esq.
Phone: 201-321-7816
Email: mochs@tm-firm.com
Trif & Modugno, LLC
89 Headquarters Plaza, Suite 1201
Morristown, New Jersey 07960