# **EXHIBIT CC**

| | |
|---|---|
| **From:** | Michael Ochs |
| **To:** | Eliades, Daniel M.; Mazawey, Jennifer; Michele Daly; Michael E. Holt; Jerry Feuerstein; James Bruno |
| **Subject:** | Closing update Harrison |
| **Date:** | Wednesday, April 16, 2025 9:12:48 AM |

**This Message Is From an External Sender**
This message came from outside your organization.


We are anticipating funding this afternoon for the entire purchase price.
Sent from my iPhone

**From:** Michael Ochs
**To:** Jerry Feuerstein
**Cc:** Eliades, Daniel M.; Michael E. Holt; Mazawey, Jennifer
**Subject:** Re: Closing -- Supor / H Capital -- FER Transaction [KLG-USE_ACTIVE01.FID3383198]
**Date:** Friday, April 18, 2025 4:44:39 PM

---

**This Message Is From an External Sender**
This message came from outside your organization.

---

There were two wires initiated out of Wells Fargo yesterday. One was for two million.

I am old there was a separate two million wired from TD earlier in the week. I do not have any first hand knowledge of this status, but can inquire.

Sent from my iPhone

> On Apr 18, 2025, at 4:40 PM, Jerry Feuerstein <jfeuerstein@kandfllp.com> wrote:
>
> What happened to the $2mm?
>
> Jerold C. Feuerstein, Esq.
> Kriss & Feuerstein LLP
> 360 Lexington Avenue, Suite 1200
> New York, NY 10017
> Voice: 212-661-2900 ext. 4110
> Direct Fax: 646-454-4150
> Main Fax: 212-661-9397
> email: jfeuerstein@kandfllp.com
>
> NOTICE:
>
> This e-mail message is intended only for the named recipient(s) above. It may contain confidential information that is privileged or that constitutes attorney work product. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this e-mail and any attachment(s) is strictly prohibited. If you have received this e-mail in error, please immediately notify the sender at 212-661-2900 or by replying to this e-mail and delete the message and any attachment(s) from your system. Thank you. IRS CIRCULAR 230 DISCLOSURE: To comply with IRS Regulations, we inform you that any discussion of U.S. federal tax issues in this correspondence (including any attachments) is not intended or written to be used, and cannot be used, (i) to avoid any penalties imposed under the Internal Revenue Code, or (ii) to promote, market, or recommend to another party any transaction or

matter addressed herein.

THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

---

**From:** Michael Ochs <mochs@tm-firm.com>
**Sent:** Friday, April 18, 2025 4:39 PM
**To:** Daniel M. Eliades <Daniel.Eliades@klgates.com>
**Cc:** Michael E. Holt <mholt@formanlaw.com>; Jennifer Mazawey <Jennifer.Mazawey@klgates.com>; Jerry Feuerstein <jfeuerstein@kandfllp.com>
**Subject:** Re: Closing -- Supor / H Capital -- FER Transaction [KLG-USE_ACTIVE01.FID3383198]

** EXTERNAL EMAIL **

I have not received any incoming wires yet. The sending bank (Wells Fargo) is indicating that their internal compliance group has everything necessary from FinCen but is slow to process given the holiday weekend.

Sent from my iPhone

> On Apr 18, 2025, at 6:48 AM, Eliades, Daniel M. <Daniel.Eliades@klgates.com> wrote:

> Mike,
> Please let us know (i) if the $2 million extension fee was wired by H Capital to Jerry Feuerstein's attorney trust account, and/or (ii) if funds sufficient to at least close the FER transaction have been wired to your attorney trust account or to the title company account.  If so, please provide information confirming that the recipients have received those funds.  If you cannot confirm receipt by the recipients, please provide the federal reference numbers for each wire.  Thank you.
> Dan



**Daniel M. Eliades**
Partner
K&L Gates LLP
One Newark Center - 10th Floor
Newark, New Jersey 07102
Phone: 973 848 4018
Fax: 973 848 4001
Daniel.Eliades@klgates.com
Bio: https://www.klgates.com/Daniel-M-Eliades

Austin   Beijing   Berlin   Boston   Brisbane   Brussels   Charleston   Charlotte Chicago   Dallas   Doha   Dubai   Dublin Fort Worth   Frankfurt   Harrisburg   Hong Kong   Houston   Kansas City   London   Los Angeles   Luxembourg Melbourne Miami   Milan   Munich   Nashville   Newark   New York   Orange County   Palo Alto Paris   Perth   Pittsburgh   Portland   Raleigh   Research Triangle Park   San Francisco   São Paulo   Seattle   Seoul   Shanghai   Singapore   Sydney   Taipei Tokyo   Washington, D.C.   Wilmington

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only.  If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Daniel.Eliades@klgates.com

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only.  If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Daniel.Eliades@klgates.com.

| | |
|---|---|
| **From:** | Michael Ochs |
| **To:** | Jerry Feuerstein |
| **Cc:** | Michael E. Holt; Eliades, Daniel M.; Mazawey, Jennifer |
| **Subject:** | Wells Fargo update |
| **Date:** | Wednesday, April 23, 2025 6:03:10 PM |

**This Message Is From an External Sender**
This message came from outside your organization.

I received an internal confirmation number from Wells at 5:00 with a notation that the wire is in transit.  (8007459766) It is not a fed reference, but internal reference only  I have requested the the fed reference.
Sent from my iPhone


On Apr 23, 2025, at 5:48 PM, Jerry Feuerstein <jfeuerstein@kandfllp.com> wrote:



Did it happen at 2:00?



Jerold C. Feuerstein, Esq.
Kriss & Feuerstein LLP
360 Lexington Avenue, Suite 1200
New York, NY 10017
Voice: 212-661-2900 ext. 4110
Direct Fax: 646-454-4150
Main Fax: 212-661-9397
email: jfeuerstein@kandfllp.com

NOTICE:

This e-mail message is intended only for the named recipient(s) above. It may contain confidential information that is privileged or that constitutes attorney work product. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this e-mail and any attachment(s) is strictly prohibited. If you have received this e-mail in error, please immediately notify the sender at 212-661-2900 or by replying to this e-mail and delete the message and any attachment(s) from your system. Thank you.
IRS CIRCULAR 230 DISCLOSURE: To comply with IRS Regulations, we inform you that any discussion of U.S. federal tax issues in this correspondence (including any attachments) is not intended or written to be used, and cannot be used, (i) to avoid any penalties imposed under the Internal Revenue Code, or (ii) to promote, market, or recommend to another party any transaction or matter addressed herein.

THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION
OBTAINED WILL BE USED FOR THAT PURPOSE.

---

**From:** Michael Ochs <mochs@tm-firm.com>
**Sent:** Wednesday, April 23, 2025 12:53 PM
**To:** Michael E. Holt <mholt@formanlaw.com>
**Cc:** Daniel M. Eliades <Daniel.Eliades@klgates.com>; Jerry Feuerstein
<jfeuerstein@kandfllp.com>; Jennifer Mazawey <Jennifer.Mazawey@klgates.com>
**Subject:** Re: OFAC part 1 of 2

**\*\* EXTERNAL EMAIL \*\***

We are following up hourly with Wells. I am anticipating receiving wire and
wire confirmation by 2:00
Sent from my iPhone

> On Apr 23, 2025, at 11:12 AM, Michael E. Holt
> <mholt@formanlaw.com> wrote:
>
> Mike Ochs
> The screenshot below of the email to Mr. He at 8:19 a.m. yesterday
> reflects that the sender was "confident the wire can be released
> within the next 24 hours."  That was about 27 hours ago.  Was the
> wire "released"?  If so, when will the funds be received?
> Mike Holt
>
>
> **Michael Holt**
> **Direct 201.857.7110 mholt@formanlaw.com**
>
> <image001.jpg>
>
> **www.formanlaw.com**
> This e-mail may contain information that is privileged or confidential
> and subject to legal restrictions regarding its unauthorized disclosure
> or other use.  You are prohibited from copying distributing or
> otherwise using this information if you are not the intended
> recipient.  If you have received this in error, please notify us
> immediately by return e-mail and delete this e-mail and all
> attachments from your system.  Thank you

**From:** Michael Ochs <mochs@tm-firm.com>
**Sent:** Tuesday, April 22, 2025 10:02 AM
**To:** Eliades, Daniel M. <Daniel.Eliades@klgates.com>; Michael E. Holt <mholt@Formanlaw.com>; Jerry Feuerstein <jfeuerstein@kandfllp.com>; Mazawey, Jennifer <Jennifer.Mazawey@klgates.com>
**Cc:** Michele Caporin <Michele@corteshay.com>
**Subject:** OFAC part 1 of 2

I am forwarding a redacted email from the OFAC case officer assigned my clients accounts. The case officer  my client have been diligently working with multiple banks to have funds released. Each bank has their own internal review process and clearing time. Each banks has a right to just shut down accounts and issue certified checks that can be held and delayed (as we saw with BOA into Flagstar). As an international bank, the Fubong clearance will take longer. Therefore, we determined that the quickest available funds would be from a long standing domestic Wells Fargo account and have been focusing on those funds as our top priority.

The case officer confirms below that $80mm in funds should be in my trust account within 24 hours. A second wire of $2mm was also initiated to Jerry's trust account via the same process.

See below.

Our ask is that the we maintain the closing date in the 5th amendment, but would close earlier upon the receipt of funds.

It is anticipated that a possible second transaction would also occur quickly utilizing the funds from my trust (subject to the parties coming to terms).

Mike


Sent from my iPhone

Begin forwarded message:

> **From:** Michael Ochs <mochs@tm-firm.com>
> **Date:** April 22, 2025 at 9:03:22 AM EDT
> **To:** Michael Ochs <mochs@tm-firm.com>
> **Subject: Part 1**

Sent from my iPhone