# **EXHIBIT DD**

| | |
|---|---|
| **From:** | Michael Ochs |
| **To:** | Eliades, Daniel M. |
| **Cc:** | Michael E. Holt; Mazawey, Jennifer; Jerry Feuerstein |
| **Subject:** | Re: Wire Confirmation Fed Reference [KLG-USE_ACTIVE01.FID3383198] |
| **Date:** | Monday, April 28, 2025 5:16:28 PM |

**This Message Is From an External Sender**
This message came from outside your organization.

No wires came in yet today.
Sent from my iPhone

On Apr 28, 2025, at 4:57 PM, Eliades, Daniel M. <Daniel.Eliades@klgates.com>
wrote:

Any update?



**Daniel M. Eliades**
Partner
K&L Gates LLP
One Newark Center - 10th Floor
Newark, New Jersey 07102
Phone: 973 848 4018
Fax: 973 848 4001
Daniel.Eliades@klgates.com
Bio: https://www.klgates.com/Daniel-M-Eliades

Austin   Beijing   Berlin   Boston   Brisbane   Brussels   Charleston   Charlotte   Chicago   Dallas
Doha   Dubai   Dublin  Fort Worth   Frankfurt   Harrisburg   Hong Kong   Houston   Kansas City
 London   Los Angeles  Luxembourg Melbourne   Miami   Milan  Munich   Nashville  Newark   New
York   Orange County   Palo Alto   Paris   Perth   Pittsburgh   Portland   Raleigh   Research Triangle
Park   San Francisco   São Paulo   Seattle   Seoul   Shanghai   Singapore   Sydney   Taipei
Tokyo   Washington, D.C.   Wilmington

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be
privileged and confidential and are intended for the use of the intended addressee(s) only.  If you are not an
intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is
prohibited. If you have received this e-mail in error, please contact me at Daniel.Eliades@klgates.com

**From:** Michael Ochs <mochs@tm-firm.com>
**Sent:** Monday, April 28, 2025 1:56 PM
**To:** Jerry Feuerstein <jfeuerstein@kandfllp.com>
**Cc:** Michael E. Holt <mholt@formanlaw.com>; Eliades, Daniel M.
<Daniel.Eliades@klgates.com>; Mazawey, Jennifer <Jennifer.Mazawey@klgates.com>

**Subject:** Re: Wire Confirmation Fed Reference

I am told that the Wells Fargo funds will be available in my account before 4:00 today.


Sent from my iPhone


On Apr 28, 2025, at 1:51 PM, Jerry Feuerstein <jfeuerstein@kandfllp.com> wrote:


Status?


Jerold C. Feuerstein, Esq.
Kriss & Feuerstein LLP
360 Lexington Avenue, Suite 1200
New York, NY 10017
Voice: 212-661-2900 ext. 4110
Direct Fax: 646-454-4150
Main Fax: 212-661-9397
email: jfeuerstein@kandfllp.com

NOTICE:

This e-mail message is intended only for the named recipient(s) above. It may contain confidential information that is privileged or that constitutes attorney work product. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this e-mail and any attachment(s) is strictly prohibited. If you have received this e-mail in error, please immediately notify the sender at 212-661-2900 or by replying to this e-mail and delete the message and any attachment(s) from your system. Thank you.
IRS CIRCULAR 230 DISCLOSURE: To comply with IRS Regulations, we inform you that any discussion of U.S. federal tax issues in this correspondence (including any attachments) is not intended or written to be used, and cannot be used, (i) to avoid any penalties imposed under the Internal Revenue Code, or (ii) to promote, market, or recommend to another party any transaction or matter addressed herein.

THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

**From:** Michael Ochs <mochs@tm-firm.com>
**Sent:** Monday, April 28, 2025 10:51 AM
**To:** Michael E. Holt <mholt@Formanlaw.com>; Jerry Feuerstein <jfeuerstein@kandfllp.com>
**Cc:** Daniel M. Eliades <Daniel.Eliades@klgates.com>; Jennifer Mazawey <Jennifer.Mazawey@klgates.com>
**Subject:** RE: Wire Confirmation Fed Reference

> **\*\* EXTERNAL EMAIL \*\***

No incoming wires yet. Client heading to Wells Fargo to get status in person.

---

**From:** Michael E. Holt <mholt@Formanlaw.com>
**Sent:** Monday, April 28, 2025 10:19 AM
**To:** Michael Ochs <mochs@tm-firm.com>; Jerry Feuerstein <jfeuerstein@kandfllp.com>
**Cc:** Daniel M. Eliades <Daniel.Eliades@klgates.com>; Jennifer Mazawey <Jennifer.Mazawey@klgates.com>
**Subject:** RE: Wire Confirmation Fed Reference

Mike O.
Any update?
Mike H.

**Michael Holt**
**Direct 201.857.7110 mholt@formanlaw.com**

<image001.jpg>

**www.formanlaw.com**
This e-mail may contain information that is privileged or confidential and subject to legal restrictions regarding its unauthorized disclosure or other use.  You are prohibited from copying distributing or otherwise using this information if you are not the intended recipient.  If you have received this in error, please notify us immediately by return e-mail and delete this e-mail and all attachments from your system.  Thank you

**From:** Michael Ochs <mochs@tm-firm.com>
**Sent:** Monday, April 28, 2025 8:48 AM
**To:** Jerry Feuerstein <jfeuerstein@kandfllp.com>
**Cc:** Daniel M. Eliades <Daniel.Eliades@klgates.com>; Michael E. Holt
<mholt@Formanlaw.com>; Jennifer Mazawey
<Jennifer.Mazawey@klgates.com>
**Subject:** Re: Wire Confirmation Fed Reference

I will be checking on everything at 9:30 today.
Sent from my iPhone

> On Apr 28, 2025, at 7:35 AM, Jerry Feuerstein
> <jfeuerstein@kandfllp.com> wrote:
>
> Mike - When we left off on Friday you were
> checking your account to see if the funds hit.  What
> is the status?
>
>
> Jerold C. Feuerstein, Esq.
> Kriss & Feuerstein LLP
> 360 Lexington Avenue, Suite 1200
> New York, NY 10017
> Voice: 212-661-2900 ext. 4110
> Direct Fax: 646-454-4150
> Main Fax: 212-661-9397
> email: jfeuerstein@kandfllp.com
>
>
> On Apr 25, 2025, at 9:55 AM, Michael
> Ochs <mochs@tm-firm.com> wrote:
>
>
> ** EXTERNAL EMAIL **
>
> Not yet.
>
> **From:** Jerry Feuerstein
> <jfeuerstein@kandfllp.com>
> **Sent:** Friday, April 25, 2025 9:18 AM
> **To:** Michael Ochs <mochs@tm-firm.com>;
> Eliades, Daniel M.
> <Daniel.Eliades@klgates.com>; Michael E. Holt
> <mholt@formanlaw.com>; Mazawey, Jennifer
> <Jennifer.Mazawey@klgates.com>

**Subject:** RE: Wire Confirmation Fed Reference

Did the funds hit?

Jerold C. Feuerstein, Esq.
Kriss & Feuerstein LLP
360 Lexington Avenue, Suite 1200
New York, NY 10017
Voice: 212-661-2900 ext. 4110
Direct Fax: 646-454-4150
Main Fax: 212-661-9397
email: jfeuerstein@kandfllp.com

NOTICE:

This e-mail message is intended only for the named recipient(s) above. It may contain confidential information that is privileged or that constitutes attorney work product. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this e-mail and any attachment(s) is strictly prohibited. If you have received this e-mail in error, please immediately notify the sender at 212-661-2900 or by replying to this e-mail and delete the message and any attachment(s) from your system. Thank you.
IRS CIRCULAR 230 DISCLOSURE: To comply with IRS Regulations, we inform you that any discussion of U.S. federal tax issues in this correspondence (including any attachments) is not intended or written to be used, and cannot be used, (i) to avoid any penalties imposed under the Internal Revenue Code, or (ii) to promote, market, or recommend to another party any transaction or matter addressed herein.

THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

**From:** Michael Ochs <mochs@tm-firm.com>
**Sent:** Thursday, April 24, 2025 4:33 PM

**To:** Eliades, Daniel M.
<Daniel.Eliades@klgates.com>; Jerry Feuerstein
<jfeuerstein@kandfllp.com>; Michael E. Holt
<mholt@formanlaw.com>; Mazawey, Jennifer
<Jennifer.Mazawey@klgates.com>
**Subject:** Wire Confirmation Fed Reference

** EXTERNAL EMAIL **

Wells Fargo Fed Reference:
0315MMQFMP2L020934
Amount:
$82,554,000.89

Wells initiated it at around 4:00.

This amount has not hit my trust account
yet.

Michael A. Ochs, Esq.
Phone: 201-321-7816
Email: mochs@tm-firm.com
Trif & Modugno, LLC
89 Headquarters Plaza, Suite 1201
Morristown, New Jersey 07960

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only.  If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Daniel.Eliades@klgates.com.

| | |
|---|---|
| **From:** | Michael Ochs |
| **To:** | Jerry Feuerstein |
| **Cc:** | Michael E. Holt; Eliades, Daniel M.; Mazawey, Jennifer |
| **Subject:** | Re: Update |
| **Date:** | Tuesday, April 29, 2025 5:18:41 PM |
| **Attachments:** | image001.jpg |

**This Message Is From an External Sender**
This message came from outside your organization.

I have not received any new information that I can verify first hand.

I have a call scheduled with Richard Lee tomorrow morning. I have requested Mr Lees participation in tomorrows status conference.
Sent from my iPhone

> On Apr 29, 2025, at 4:46 PM, Jerry Feuerstein <jfeuerstein@kandfllp.com> wrote:

Was it released?

Jerold C. Feuerstein, Esq.
Kriss & Feuerstein LLP
360 Lexington Avenue, Suite 1200
New York, NY 10017
Voice: 212-661-2900 ext. 4110
Direct Fax: 646-454-4150
Main Fax: 212-661-9397
email: jfeuerstein@kandfllp.com

NOTICE:

This e-mail message is intended only for the named recipient(s) above. It may contain confidential information that is privileged or that constitutes attorney work product. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this e-mail and any attachment(s) is strictly prohibited. If you have received this e-mail in error, please immediately notify the sender at 212-661-2900 or by replying to this e-mail and delete the message and any attachment(s) from your system. Thank you.
IRS CIRCULAR 230 DISCLOSURE: To comply with IRS Regulations, we inform you that any discussion of U.S. federal tax issues in this correspondence (including any attachments) is not intended or written to be used, and cannot be used, (i) to avoid any penalties imposed under the Internal Revenue Code, or (ii) to promote, market, or recommend to another party any transaction or

matter addressed herein.

THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

---

**From:** Michael Ochs <mochs@tm-firm.com>
**Sent:** Tuesday, April 29, 2025 12:41 PM
**To:** Michael E. Holt <mholt@Formanlaw.com>; Eliades, Daniel M.
<Daniel.Eliades@klgates.com>; Jerry Feuerstein <jfeuerstein@kandfllp.com>;
Mazawey, Jennifer <Jennifer.Mazawey@klgates.com>
**Subject:** RE: Update


**\*\* EXTERNAL EMAIL \*\***

I am told that $82,000,000 is being released today to my trust account.

---

**From:** Michael E. Holt <mholt@Formanlaw.com>
**Sent:** Tuesday, April 29, 2025 10:46 AM
**To:** Michael Ochs <mochs@tm-firm.com>; Eliades, Daniel M.
<Daniel.Eliades@klgates.com>; Jerry Feuerstein <jfeuerstein@kandfllp.com>;
Mazawey, Jennifer <Jennifer.Mazawey@klgates.com>
**Subject:** RE: Update

Mike O.
What does that mean?  Released by whom and to whom?  How much will be released? Is there anything that confirms that?  Was the *in camera* submission to Judge Meisel made?
Mike H.



**Michael Holt**
**Direct 201.857.7110 mholt@formanlaw.com**


<image001.jpg>

    **www.formanlaw.com**

This e-mail may contain information that is privileged or confidential and subject to legal restrictions regarding its unauthorized disclosure or other use.  You are prohibited from copying distributing or otherwise using this information if you are not the intended recipient.  If you have received this in error, please notify us immediately by return e-mail and delete this e-mail and all attachments from your system.  Thank you

**From:** Michael Ochs <mochs@tm-firm.com>
**Sent:** Tuesday, April 29, 2025 10:40 AM
**To:** Eliades, Daniel M. <Daniel.Eliades@klgates.com>; Michael E. Holt <mholt@Formanlaw.com>; Jerry Feuerstein <jfeuerstein@kandfllp.com>; Mazawey, Jennifer <Jennifer.Mazawey@klgates.com>
**Subject:** Update

I am told by my client that Wellsfargo is being released by 2:00 today.

Michael A. Ochs, Esq.
Phone: 201-321-7816
Email: mochs@tm-firm.com
Trif & Modugno, LLC
89 Headquarters Plaza, Suite 1201
Morristown, New Jersey 07960