# EXHIBIT EE

| | |
|---|---|
| **From:** | Michael Ochs |
| **To:** | Eliades, Daniel M.; Mazawey, Jennifer; Jerry Feuerstein; Michael E. Holt |
| **Subject:** | Harrison Update |
| **Date:** | Monday, April 21, 2025 5:42:28 PM |

**This Message Is From an External Sender**
This message came from outside your organization.

I wanted to reach out to the group to give an update.

I do not have any third party written confirmation on this yet, however I am aware of the following:

The buyer has had multiple meetings and several calls with FinCen. I have been present for several of these calls.  FinCen has removed the account holds on several accounts, including, Fubong ($51mm) and Wells Fargo ($82 mm).

The FinCen attorney point of contact has been working directly with the compliance departments of each bank to effectuate the actual release of funds, each bank has their own version of how fast this process occurs. These funds may be released prior to the status conference tomorrow.

As per my client, to the extent funds aren't received tomorrow morning, FinCen will issue a status email/letter.

Michael A. Ochs, Esq.
Phone: 201-321-7816
Email: mochs@tm-firm.com
Trif & Modugno, LLC
89 Headquarters Plaza, Suite 1201
Morristown, New Jersey 07960