# **EXHIBIT FF**

| | |
|---|---|
| **From:** | Michael Ochs |
| **To:** | Eliades, Daniel M.; Michael E. Holt; Jerry Feuerstein; Mazawey, Jennifer |
| **Cc:** | Michele Caporin |
| **Subject:** | OFAC part 1 of 2 |
| **Date:** | Tuesday, April 22, 2025 10:02:08 AM |
| **Attachments:** | PHOTO-2025-04-22-08-59-47.jpg |

**This Message Is From an External Sender**
This message came from outside your organization.

I am forwarding a redacted email from the OFAC case officer assigned my clients accounts. The case officer  my client have been diligently working with multiple banks to have funds released. Each bank has their own internal review process and clearing time. Each banks has a right to just shut down accounts and issue certified checks that can be held and delayed (as we saw with BOA into Flagstar). As an international bank, the Fubong clearance will take longer. Therefore, we determined that the quickest available funds would be from a long standing domestic Wells Fargo account and have been focusing on those funds as our top priority.

The case officer confirms below that $80mm in funds should be in my trust account within 24 hours. A second wire of $2mm was also initiated to Jerry's trust account via the same process.

See below.

Our ask is that the we maintain the closing date in the 5th amendment, but would close earlier upon the receipt of funds.

It is anticipated that a possible second transaction would also occur quickly utilizing the funds from my trust (subject to the parties coming to terms).

Mike


Sent from my iPhone

Begin forwarded message:

> **From:** Michael Ochs <mochs@tm-firm.com>
> **Date:** April 22, 2025 at 9:03:22 AM EDT
> **To:** Michael Ochs <mochs@tm-firm.com>
> **Subject: Part 1**

**Sent:** Tuesday, April 22, 2025 8:19 AM

**To:** A He <ahe@hequitiesllc.com>

**Subject:** Confirmation of Wire to Trif & Modugno, LLC

Dear Mr. Lee,

We are pleased to confirm that the $80 million wire transfer you requested to Trif & Modugno, LLC from Wells Fargo has been initiated. All required documentation has been submitted to the bank's compliance department for final review.

I will continue to follow up with them this morning, and we are confident that the wire can be released within the next 24 hours.

Thank you for your patience, and please feel free to reach out if you have any

| | |
|---|---|
| **From:** | Michael Ochs |
| **To:** | Jerry Feuerstein; Mazawey, Jennifer; Eliades, Daniel M.; Michael E. Holt |
| **Cc:** | Michele Caporin |
| **Subject:** | OFAC part 2 of 2 |
| **Date:** | Tuesday, April 22, 2025 10:12:37 AM |
| **Attachments:** | image001.png |

**This Message Is From an External Sender**
This message came from outside your organization.

Part 2 of 2



Michael A. Ochs, Esq.
Phone: 201-321-7816
Email: mochs@tm-firm.com
Trif & Modugno, LLC
89 Headquarters Plaza, Suite 1201
Morristown, New Jersey 07960



8:59

5G

questions.

Best regards,

████████████

Compliance Officer, Sanctions
Compliance
and Evaluation Division
Office of Foreign Assets Control
U.S. Department of the Treasury

**Sanctions Compliance & Evaluation**

**Division** through their official

website or the following:

- **OFAC Hotline:** 1-800-540-6322