# EXHIBIT GG

| | |
|---|---|
| **From:** | Michael Ochs |
| **To:** | Michael E. Holt; Jerry Feuerstein |
| **Cc:** | Eliades, Daniel M.; Mazawey, Jennifer |
| **Subject:** | RE: Update |
| **Date:** | Monday, May 5, 2025 3:52:38 PM |
| **Attachments:** | image001.jpg |

---

### This Message Is From an External Sender
This message came from outside your organization.

I am told that the NY judge entered an order around 3:00 requiring the releasing all funds today. I have not seen the order.

I have not received any funds yet.

My wire room is open until 6:00.

---

**From:** Michael E. Holt <mholt@Formanlaw.com>
**Sent:** Monday, May 5, 2025 3:42 PM
**To:** Michael Ochs <mochs@tm-firm.com>; Jerry Feuerstein <jfeuerstein@kandfllp.com>
**Cc:** Daniel M. Eliades <Daniel.Eliades@klgates.com>; Jennifer Mazawey <Jennifer.Mazawey@klgates.com>
**Subject:** RE: Update

Mike O.
Did your firm receive the funds for closing?

Will you be attending the telephonic status conference tomorrow morning?
Mike H.


**Michael Holt**
**Direct 201.857.7110 mholt@formanlaw.com**



Forman_3color logo

**www.formanlaw.com**

This e-mail may contain information that is privileged or confidential and subject to legal restrictions regarding its unauthorized disclosure or other use.  You are prohibited from copying distributing or otherwise using this information if you are not the intended recipient. If you have received this in error, please notify us immediately by return e-mail and delete this e-mail and all attachments from your system.  Thank you