# EXHIBIT HH

| | |
|---|---|
| **From:** | Michael Ochs |
| **To:** | Michael E. Holt |
| **Cc:** | Eliades, Daniel M.; Mazawey, Jennifer; Jerry Feuerstein |
| **Subject:** | RE: Supor - H Capital Funding |
| **Date:** | Friday, May 9, 2025 1:08:44 PM |
| **Attachments:** | image001.jpg |

**This Message Is From an External Sender**
This message came from outside your organization.

No funds have been received, yet.

I understand through my client that there is a positive plot twist, to steal your phrase.

Based on a hearing from this morning, I am told that my clients involvement in the NY case is complete and all restrictions (except confidentiality) will be been lifted by order to be issued this afternoon, and his involvement is done.

**From:** Michael E. Holt <mholt@Formanlaw.com>
**Sent:** Friday, May 9, 2025 11:29 AM
**To:** Michael Ochs <mochs@tm-firm.com>
**Cc:** Daniel M. Eliades - K&L Gates (Daniel.Eliades@klgates.com) <Daniel.Eliades@klgates.com>; Jennifer Mazawey (Jennifer.Mazawey@klgates.com) <Jennifer.Mazawey@klgates.com>; Jerry Feuerstein <jfeuerstein@kandfllp.com>
**Subject:** Supor - H Capital Funding

Mike O
Based on the radio silence I am assuming no funds were received.  Is there a new unexpected plot twist du jour?
Mike

**Michael Holt**
**Direct 201.857.7110 mholt@formanlaw.com**

**365 W. Passaic St., Suite 400, Rochelle Park, NJ 07662**
**T 201.845.1000 F 201.655.6650**

**620 Fifth Avenue, 2nd Floor, New York, NY 10020**
**T 212.707.8500 F 332.205.9332**


**www.formanlaw.com**

This e-mail may contain information that is privileged or confidential and subject to legal restrictions regarding its unauthorized disclosure or other use.  You are prohibited from copying distributing or otherwise using this information if you are not the intended recipient. If you have received this in error, please notify us immediately by return e-mail and delete this e-mail and all attachments from your system.  Thank you

| | |
|---|---|
| **From:** | Michael Ochs |
| **To:** | Jerry Feuerstein |
| **Cc:** | Michael E. Holt; Eliades, Daniel M.; Mazawey, Jennifer |
| **Subject:** | RE: Supor - H Capital Funding |
| **Date:** | Monday, May 12, 2025 3:00:45 PM |

**This Message Is From an External Sender**
This message came from outside your organization.

Jerry,
I just had a quick call with Dan Eliades and Mike Holt.

My client's involvement in the NY case has come to a close and his funds are in the process of being released.

We anticipate having sufficient funds to close available on or before Wednesday this week.

**From:** Jerry Feuerstein <jfeuerstein@kandfllp.com>
**Sent:** Monday, May 12, 2025 1:48 PM
**To:** Michael Ochs <mochs@tm-firm.com>
**Cc:** Michael E. Holt <mholt@formanlaw.com>; Daniel M. Eliades K&L Gates <Daniel.Eliades@klgates.com>; Jennifer Mazawey <Jennifer.Mazawey@klgates.com>
**Subject:** Re: Supor - H Capital Funding

Mike Ochs-  What is the status?

Jerold C. Feuerstein, Esq.
Kriss & Feuerstein LLP
360 Lexington Avenue, Suite 1200
New York, NY 10017
Voice: 212-661-2900 ext. 4110
Direct Fax: 646-454-4150
Main Fax: 212-661-9397
email: jfeuerstein@kandfllp.com

On May 9, 2025, at 1:08 PM, Michael Ochs <mochs@tm-firm.com> wrote:

** EXTERNAL EMAIL **

No funds have been received, yet.

I understand through my client that there is a positive plot twist, to steal your phrase.

Based on a hearing from this morning, I am told that my clients involvement in the NY case is complete and all restrictions (except confidentiality) will be been lifted by order to be issued this afternoon, and his involvement is done.

---

**From:** Michael E. Holt <mholt@Formanlaw.com>
**Sent:** Friday, May 9, 2025 11:29 AM
**To:** Michael Ochs <mochs@tm-firm.com>
**Cc:** Daniel M. Eliades - K&L Gates (Daniel.Eliades@klgates.com) <Daniel.Eliades@klgates.com>; Jennifer Mazawey (Jennifer.Mazawey@klgates.com) <Jennifer.Mazawey@klgates.com>; Jerry Feuerstein <jfeuerstein@kandfllp.com>
**Subject:** Supor - H Capital Funding

Mike O
Based on the radio silence I am assuming no funds were received.  Is there a new unexpected plot twist du jour?
Mike

**Michael Holt**
**Direct 201.857.7110 mholt@formanlaw.com**

**365 W. Passaic St., Suite 400, Rochelle Park, NJ 07662**
**T 201.845.1000 F 201.655.6650**

**620 Fifth Avenue, 2nd Floor, New York, NY 10020**
**T 212.707.8500 F 332.205.9332**

<image001.jpg>

**www.formanlaw.com**
This e-mail may contain information that is privileged or confidential and subject to legal restrictions regarding its unauthorized disclosure or other use.  You are prohibited from copying distributing or otherwise using this information if you are not the intended recipient.  If you have received this in error, please notify us immediately by return e-mail and delete this e-mail and all attachments from your system.  Thank you