# <u>EXHIBIT II</u>

| | |
|---|---|
| **From:** | Michael Ochs |
| **To:** | Jerry Feuerstein; Michael E. Holt |
| **Cc:** | Mazawey, Jennifer; Eliades, Daniel M. |
| **Subject:** | RE: Update - Supor - H Capital [KLG-USE_ACTIVE01.FID3282821] |
| **Date:** | Thursday, May 8, 2025 4:36:17 PM |

**This Message Is From an External Sender**
This message came from outside your organization.

When the transfer was initiated this morning, it was flagged by the sending bank as they had an old version of an operating agreement that listed a blocked entity as member. We had to redo, and restructure, and re-execute the loan from last night, including additional new requirements from the sending bank compliance department (which required performance by third parties).

As of 4:00 all existing funding requirements have been met and I am awaiting funding on the investor loan, unless other funding conditions are made.

I understand that OFAC had a scheduled call with the Judge and or Judge's clerk today at 3:00. I do not have any specifics as to the call, but generally understand it occurred, was positive, and there is a follow up action that was requested from OFAC.

**From:** Jerry Feuerstein <jfeuerstein@kandfllp.com>
**Sent:** Thursday, May 8, 2025 3:09 PM
**To:** Michael Ochs <mochs@tm-firm.com>; Michael E. Holt <mholt@formanlaw.com>
**Cc:** Jennifer Mazawey <Jennifer.Mazawey@klgates.com>; Daniel M. Eliades <Daniel.Eliades@klgates.com>
**Subject:** RE: Update - Supor - H Capital [KLG-USE_ACTIVE01.FID3282821]

What is the status?

Jerold C. Feuerstein, Esq.
Kriss & Feuerstein LLP
360 Lexington Avenue, Suite 1200
New York, NY 10017
Voice: 212-661-2900 ext. 4110
Direct Fax: 646-454-4150
Main Fax: 212-661-9397
email: jfeuerstein@kandfllp.com

NOTICE:

This e-mail message is intended only for the named recipient(s) above. It may contain confidential information that is privileged or that constitutes attorney work product. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this e-mail and any attachment(s) is strictly prohibited. If you have received

this e-mail in error, please immediately notify the sender at 212-661-2900 or by replying to this e-mail and delete the message and any attachment(s) from your system. Thank you. IRS CIRCULAR 230 DISCLOSURE: To comply with IRS Regulations, we inform you that any discussion of U.S. federal tax issues in this correspondence (including any attachments) is not intended or written to be used, and cannot be used, (i) to avoid any penalties imposed under the Internal Revenue Code, or (ii) to promote, market, or recommend to another party any transaction or matter addressed herein.

THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

**From:** Michael Ochs <mochs@tm-firm.com>
**Sent:** Thursday, May 8, 2025 9:53 AM
**To:** Michael E. Holt <mholt@formanlaw.com>
**Cc:** Jennifer Mazawey <Jennifer.Mazawey@klgates.com>; Jerry Feuerstein <jfeuerstein@kandfllp.com>; Daniel M. Eliades <Daniel.Eliades@klgates.com>
**Subject:** Re: Update - Supor - H Capital [KLG-USE_ACTIVE01.FID3282821]

** EXTERNAL EMAIL **

Based on the size of the loan, lenders outgoing wire requires multiple levels of management authorization from sending bank. It is in process to go out this morning.

Sent from my iPhone

> On May 8, 2025, at 9:10 AM, Michael E. Holt <mholt@formanlaw.com> wrote:
>
> Please provide an update regarding the status of the funding.  If the loan transaction closed last night, why are the funds not available this morning?
>
> **Michael Holt**
> **Direct 201.857.7110 mholt@formanlaw.com**
>
> <image001.jpg>
>
> **www.formanlaw.com**
> This e-mail may contain information that is privileged or confidential and subject to legal restrictions regarding its unauthorized disclosure or other use.  You are prohibited from copying distributing or otherwise using this information if you