# EXHIBIT JJ

**From:** Michael Ochs
**To:** Jerry Feuerstein
**Cc:** Michael E. Holt; Eliades, Daniel M.; Mazawey, Jennifer
**Subject:** Re: Supor - H Capital Funding
**Date:** Wednesday, May 14, 2025 10:23:23 AM

---

**This Message Is From an External Sender**
This message came from outside your organization.

We are on track for funding today.
Sent from my iPhone

> On May 14, 2025, at 6:27 AM, Jerry Feuerstein <jfeuerstein@kandfllp.com> wrote:
>
> Are funds being released today?
>
> Jerold C. Feuerstein, Esq.
> Kriss & Feuerstein LLP
> 360 Lexington Avenue, Suite 1200
> New York, NY 10017
> Voice: 212-661-2900 ext. 4110
> Direct Fax: 646-454-4150
> Main Fax: 212-661-9397
> email: jfeuerstein@kandfllp.com
>
>> On May 12, 2025, at 3:00 PM, Michael Ochs <mochs@tm-firm.com> wrote:

** EXTERNAL EMAIL **

Jerry,
I just had a quick call with Dan Eliades and Mike Holt.

My client's involvement in the NY case has come to a close and his funds are in the process of being released.

We anticipate having sufficient funds to close available on or before Wednesday this week.

**From:** Jerry Feuerstein <jfeuerstein@kandfllp.com>
**Sent:** Monday, May 12, 2025 1:48 PM
**To:** Michael Ochs <mochs@tm-firm.com>
**Cc:** Michael E. Holt <mholt@formanlaw.com>; Daniel M. Eliades K&L
Gates <Daniel.Eliades@klgates.com>; Jennifer Mazawey
<Jennifer.Mazawey@klgates.com>
**Subject:** Re: Supor - H Capital Funding

Mike Ochs-  What is the status?

Jerold C. Feuerstein, Esq.
Kriss & Feuerstein LLP
360 Lexington Avenue, Suite 1200
New York, NY 10017
Voice: 212-661-2900 ext. 4110
Direct Fax: 646-454-4150
Main Fax: 212-661-9397
email: jfeuerstein@kandfllp.com

On May 9, 2025, at 1:08 PM, Michael Ochs <mochs@tm-firm.com> wrote:

** EXTERNAL EMAIL **

No funds have been received, yet.

I understand through my client that there is a positive
plot twist, to steal your phrase.

Based on a hearing from this morning, I am told that
my clients involvement in the NY case is complete and
all restrictions (except confidentiality) will be been lifted
by order to be issued this afternoon, and his
involvement is done.

**From:** Michael E. Holt <mholt@Formanlaw.com>

**Sent:** Friday, May 9, 2025 11:29 AM
**To:** Michael Ochs <mochs@tm-firm.com>
**Cc:** Daniel M. Eliades - K&L Gates
(Daniel.Eliades@klgates.com)
<Daniel.Eliades@klgates.com>; Jennifer Mazawey
(Jennifer.Mazawey@klgates.com)
<Jennifer.Mazawey@klgates.com>; Jerry Feuerstein
<jfeuerstein@kandfllp.com>
**Subject:** Supor - H Capital Funding

Mike O
Based on the radio silence I am assuming no funds were
received.  Is there a new unexpected plot twist du jour?
Mike


**Michael Holt**
**Direct 201.857.7110 mholt@formanlaw.com**

**365 W. Passaic St., Suite 400, Rochelle Park, NJ 07662**
**T 201.845.1000 F 201.655.6650**

**620 Fifth Avenue, 2nd Floor, New York, NY 10020**
**T 212.707.8500 F 332.205.9332**

<image001.jpg>

**www.formanlaw.com**
This e-mail may contain information that is privileged or
confidential and subject to legal restrictions regarding its
unauthorized disclosure or other use.  You are
prohibited from copying distributing or otherwise using
this information if you are not the intended recipient.  If
you have received this in error, please notify us
immediately by return e-mail and delete this e-mail and
all attachments from your system.  Thank you