# **<u>EXHIBIT KK</u>**

| | |
|---|---|
| **From:** | Michael Ochs |
| **To:** | Eliades, Daniel M.; Michele Caporin; Michael E. Holt |
| **Cc:** | Mazawey, Jennifer; Jerry Feuerstein |
| **Subject:** | Harrison Update |
| **Date:** | Thursday, May 15, 2025 5:53:06 PM |

**This Message Is From an External Sender**
This message came from outside your organization.

No funds have been received, yet.

I am told that there was a regulatory requirement (not within my client's control) that held up the release, but it was satisfied today.

I am told that all conditions to release the funds have been met.

I am told that there are two wires authorized to be released.

1. $82mm from Bank of America to my trust account.
2. $95mm from Flagstar to my trust account.

I am told that we could have funds before the status call tomorrow.

I understand that everyone will have multiple questions as to details and more specifics. Despite inquiries, I have not been provided with any more information than what I have set forth above.

Michael A. Ochs, Esq.
Phone: 201-321-7816
Email: mochs@tm-firm.com
Trif & Modugno, LLC
89 Headquarters Plaza, Suite 1201
Morristown, New Jersey 07960