# **<u>EXHIBIT MM</u>**

**From:** Michael Ochs
**To:** Eliades, Daniel M.; Mazawey, Jennifer; Michael E. Holt
**Subject:** Swift Confirmation Additional Deposit FER Properties
**Date:** Monday, January 13, 2025 4:21:40 PM

---

**This Message Is From an External Sender**
This message came from outside your organization.

The SWIFT:

```
{1:F01CHASSGSPAXXX0000000000}{2:I103CTZIUS33BKT}{3:{108:OTGSNG0035853301}
{121:722f5fcc-6e5c-4bc4-9c58-d1f83847a583}}{4:
:20:OTGSN88000988553
:23B:CRED
:32A:250130USD2485000.00
:33B:USD2485000.00
:50K:/9999999
XXXXXXXXX XXXXXXXXX XXXXXXX
XXXXX XXXX 99 XX XXXXXX XXXXXX XXXX
XXXX XXX 9 XXXXXXX XXXX XXXX 99999
XXXXX XXXXXXXX XXXXXXX
:53B:/036076150

:57C://FW036076150

:59:/235805162
Cortes & Hay Title Agency, Inc

:70:HARRISON YARDS PROJECT
:71A:OUR
:72:/ACC/PPRO
-}
```

Thanks & regards,

Sonic
Client Services
**J.P. Morgan Private Bank**
T: (+852) 28002286 Ext22286
pbservice.china2@jpmorgan.com