# **<u>EXHIBIT NN</u>**

**This Message Is From an External Sender**
This message came from outside your organization.

For what it is worth:



Case 25-01251-SLM    Doc 1-41    Filed 06/14/25    Entered 06/14/25 13:13:26    Desc
Exhibit NN    Page 2 of 3



## Business Checking Accounts

**BUSINESS CHECKING** 5494

Current Balance $95,000,250.00

Available Balance $250.

Sent from my iPhone