# EXHIBIT OO

**Eric Scheffler** <eric@invictus-rep.com>
Date: Fri, Mar 28, 2025 at 11:34 AM
Subject: Re: SP+ contacts Mon 5am.
To: Nouredine Sadik <nsadik@spplus.com>
Cc: Sameh Jacob <sjacob@spplus.com>, Kevin Cassidy
<kcassidy@globalintadvisors.com>, Louis Pontoriero  Pontoriero
<lpontoriero@globalintadvisors.com>, A He <ahe@hequitiesllc.com>

***Pls send the check to me (Anthony - I will deposit into the Accordia Harrison Urban Renewal LLC - DACA account at Customer's bank)***

**Nouredine Sadik | SP+A Metropolis Company |**

**Eric Scheffler, Esq.**
**Managing Partner**
**Invictus Real Estate Partners LLC**
**eric@invictus-rep.com**
**(646) 450-8055**
**www.invictus-rep.com**

On Fri, Mar 28, 2025 at 10:03 AM Nouredine Sadik <nsadik@spplus.com> wrote:

Hi, Eric
The ACH setup usually takes a couple of weeks. Now that we have the W-9, I can have accounting issue a check for the YTD balance, and starting with March NOI, we can get the ACH processed. Is that something that works for you? If so, I just need the address where you want the check to be sent to.

Thank you!

**Nouredine Sadik** | SP+ | A Metropolis Company | Regional Manager II, Commercial Division
Mobile: 646.875.3232  | www.spplus.com | www.metropolis.io
SP+ was recently acquired by Metropolis. Learn more here.

On Thu, Mar 27, 2025 at 5:58 PM Eric Scheffler <eric@invictus-rep.com> wrote:

**This Message Is From an External Sender**
This message came from outside your organization. Nouredine

Did this wire get out today?

---

Eric Scheffler, Esq.
Managing Partner
Invictus Real Estate Partners LLC
eric@invictus-rep.com
(646) 450-8055
www.invictus-rep.com

On Wed, Mar 26, 2025, 5:36 PM Eric Scheffler <eric@invictus-rep.com> wrote:

> Please confirm when the wire goes out - thank you
>
> ---
>
> Eric Scheffler, Esq.
> Managing Partner
> Invictus Real Estate Partners LLC
> eric@invictus-rep.com
> (646) 450-8055
> www.invictus-rep.com
>
> On Wed, Mar 26, 2025 at 5:21 PM Eric Scheffler <eric@invictus-rep.com> wrote:

**Form W-9**
(Rev. October 2018)
Department of the Treasury
Internal Revenue Service

**Request for Taxpayer Identification Number and Certification**

▶ Go to www.irs.gov/FormW9 for instructions and the latest information.

Give Form to the requester. Do not send to the IRS.

1. Name (as shown on your income tax return). Name is required on this line; do not leave this line blank.

ACCORDIA HARRISON URBAN RENEWAL LLC

2. Business name/disregarded entity name, if different from above

3. Check appropriate box for federal tax classification of the person whose name is entered on line 1. Check only one of the following seven boxes.

- [ ] Individual/sole proprietor or single-member LLC
- [ ] C Corporation
- [ ] S Corporation
- [ ] Partnership
- [ ] Trust/estate
- [x] Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=Partnership) ▶ __C__
- [ ] Other (see instructions) ▶

5. Address (number, street, and apt. or suite no.) See instructions.
157 LEXINGTON AVENUE, 5FL

6. City, state, and ZIP code
NEW YORK, NY 10016

**Part I   Taxpayer Identification Number (TIN)**

Enter your TIN in the appropriate box...

Employer identification number: 6 5 0 2

**Part II   Certification**

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; and
3. I am a U.S. citizen or other U.S. person (defined below); and
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

Sign Here — Signature of U.S. person ▶ _[signature]_   Date ▶

**General Instructions**

**Purpose of Form**

---

Eric Scheffler, Esq.
Managing Partner
Invictus Real Estate Partners LLC
eric@invictus-rep.com
(646) 450-8055
www.invictus-rep.com

On Wed, Mar 26, 2025 at 5:18 PM Eric Scheffler <eric@invictus-rep.com> wrote:

> W-9 Attached
>
> pls confirm when the wire goes out
>
> ---
>
> Eric Scheffler, Esq.
> Managing Partner
> Invictus Real Estate Partners LLC

eric@invictus-rep.com
(646) 450-8055
www.invictus-rep.com

On Wed, Mar 26, 2025 at 5:01 PM Nouredine Sadik
<nsadik@spplus.com> wrote:

> Thanks Eric! Can you also share the W-9 please so we can get this
> setup asap
>
> Thank you!
>
> **Nouredine Sadik** | SP+ | A Metropolis Company | Regional Manager
> II, Commercial Division
> Mobile: 646.875.3232  | www.spplus.com | www.metropolis.io
> SP+ was recently acquired by Metropolis. Learn more here.
>
> On Wed, Mar 26, 2025 at 4:36 PM Eric Scheffler <eric@invictus-
> rep.com> wrote:

>> **This Message Is From an External Sender**
>> This message came from outside your organization. Nouredine,
>>
>> Kindly wire $200k to the below account (you can call me for verbal
>> confirmation)

**Accordia Harrison Urban Renewal LLC**

**ACH/Wiring Instructions**

**Name:** Accordia Harrison Urban Renewal LLC

**ADDRESS:** 515 West Ave

Norwalk, CT 06850-4054

**Bank Name:** Customers Bank

**Bank Address** : 101 Park Avenue Suite 1101

New York, NY 10178

**Bank Routing Number:** ████2971

**Bank Account Number:** ███2542

Eric Scheffler, Esq.

Managing Partner
Invictus Real Estate Partners LLC
eric@invictus-rep.com
(646) 450-8055
www.invictus-rep.com

On Fri, Mar 21, 2025 at 7:26 PM Eric Scheffler <eric@invictus-rep.com> wrote:

How much cash do we have accumulated?

The map we previously sent is all we have depicting the number of spaces they have.   I thought there is also a physical delineation or current barrier.

Eric Scheffler, Esq.
Managing Partner
Invictus Real Estate Partners LLC
eric@invictus-rep.com
(646) 450-8055
www.invictus-rep.com

On Fri, Mar 21, 2025, 3:39 PM Nouredine Sadik <nsadik@spplus.com> wrote:

Hi Eric,
Hope all is well! I am following up to see if you guys had the account number set up yet. Also, do you happen to have the map that clearly shows the spaces the Port Authority is entitled to? The current operator isn't playing nice and wanted to make sure we have the accurate information.

Thank you!

**Nouredine Sadik** | SP+ | A Metropolis Company | Regional Manager II, Commercial Division
Mobile: 646.875.3232  | www.spplus.com | www.metropolis.io
SP+ was recently acquired by Metropolis. Learn more here.

On Mon, Feb 24, 2025 at 4:37 PM Eric Scheffler <eric@invictus-rep.com> wrote:

just hold the $ for a few more days

You can use the trailer lot for the additional parking (and I think they usually charge more for that day)

Eric Scheffler, Esq.
Managing Partner
**Invictus Real Estate Partners LLC**
eric@invictus-rep.com
(646) 450-8055
www.invictus-rep.com


On Mon, Feb 24, 2025 at 3:31 PM Nouredine Sadik
<nsadik@spplus.com> wrote:

> Eric
> I am following on this to see if we have the account setup
> along with the other requested documents.
> In addition, the first Red Bull game is taking place this
> Saturday, March 1st, and we wanted to know if the closing
> on the trailer's lot took place and if partial of that lot can be
> used this Saturday for public parking?
>
> Thank you
>
> **Nouredine Sadik** | SP+ | A Metropolis Company | Regional
> Manager II, Commercial Division
> Mobile: 646.875.3232
> | www.spplus.com | www.metropolis.io
> SP+ was recently acquired by Metropolis. Learn more here.
>
> On Wed, Jan 29, 2025 at 6:53 PM Eric Scheffler
> <eric@invictus-rep.com> wrote:
>
> > I will provide the remittance information
> >
> > we are setting up the bank account at Chase
> >
> > Eric Scheffler, Esq.
> > Managing Partner
> > **Invictus Real Estate Partners LLC**
> > eric@invictus-rep.com
> > (646) 450-8055
> > www.invictus-rep.com
> >
> > On Tue, Jan 28, 2025 at 11:08 AM Sameh Jacob
> > <sjacob@spplus.com> wrote:
> >
> > > Hello Kevin,
> > > We haven't received the remittance information yet.

Please advise.

Thank You,
**Sameh Jacob** | SP+ | A Metropolis Company | Senior Manager, Commercial Division
Mobile: 862.596.0822
| www.spplus.com | www.metropolis.io
SP+ was recently acquired by Metropolis. Learn more here.

On Mon, Jan 13, 2025 at 1:00 PM Sameh Jacob <sjacob@spplus.com> wrote:

Hello Kevin,
Our accountant needs the following:
1. A current W9 form
2. The banking information on the company's (or your bank's) letterhead for ACH payment.
3. Who should be the contact person, such as name, position, email address, and telephone number, for vetting and verification purposes by AP.

Thank You,
**Sameh Jacob** | SP+ | A Metropolis Company | Senior Manager, Commercial Division
Mobile: 862.596.0822
| www.spplus.com | www.metropolis.io
SP+ was recently acquired by Metropolis. Learn more here.