# EXHIBIT PP

From: Sameh Jacob <sjacob@metropolis.io> Date: Fri, Jun 6, 2025, 2:44 PMSubject:
Re: 2025 1000 Frank E Rogers Parking Revenue
To: Kevin Cassidy <kcassidy@globalintadvisors.com>
Cc: Issa Diakite <idiakite@metropolis.io>, Nouredine Sadik <nsadik@spplus.com>,
Moussa Kelada <mkelada@spplus.com>, Issa Diakite <idiakite@spplus.com>, Jose
Milla-leon <jmillaleon@spplus.com>, Michael Holt <mholt@formanlaw.com>, Daniel
Eliades <daniel.eliades@klgates.com>, Louis Pontoriero  Pontoriero
<lpontoriero@globalintadvisors.com>

Hello Kevin,

Regarding the payments, the first check to H HOLDCO LLC was sent on April 16th
and covered the combined amount for December 2024 through March 2025, totaling
$375,899.95. This was due to a delay in receiving the necessary bank information.
The second check, for April, was sent on May 16th in the amount of $146,917.94. The
total year-to-date disbursements are $522,817.89.

As Issa mentioned, May numbers are still preliminary, but we expect a strong month
with gross revenue over $242,000, a record high. The May payment should be issued
around June 16th once finalized.

Please find attached an Excel sheet with a breakdown of revenue, expenses, and net
revenue, as well as a copy of the two checks.

Please feel free to reach out with any questions or concerns you may have. If not,
have a great weekend.

**Thank You,**
**Sameh Jacob** | SP+ | A Metropolis Company | Senior Manager, Commercial Division
Mobile: 862.596.0822 | www.spplus.com | www.metropolis.io
SP+ was recently acquired by Metropolis. Learn more here.

On Fri, Jun 6, 2025 at 1:04 PM Kevin Cassidy <kcassidy@globalintadvisors.com>
wrote:

**This Message Is From an External Sender**
This message came from outside your organization. Many thanks Issa, as we just
wanted to clarify that we really need all the
disbursements as well.

Specifically how much was disbursed out, to who, and when.

Many thanks in advance,

Page    1  of  1

SP PLUS CORPORATION
200 E RANDOLPH STREET
CHICAGO, IL 60601
USA

H HOLDCO LLC

Bank of Origin: Wells Fargo
Issue Date: 2025/05/16
Advice Number: 290940
Payment Amount: 146,917.94
Currency: USD
Vendor #: 9000462812

# Remittance Advice

| Invoice Date | Invoice # | Related PO | Invoice Gross Amount | Discount Amount | Invoice Net Amount |
|---|---|---|---|---|---|
| 2025/05/16 | 83754-C8-0425F-001 | | 146,917.94 | 0.00 | 146,917.94 |

This notice is to inform you that an attempt has been or will be made to send funds electronically to your bank account via ACH or Wire transfer.Receipt of this remittance advice is not confirmation of success or failure of this attempt. If you have any questions please contact our Accounts Payable at sp_payments@spplus.com.

| Summary Section | | | | | |
|---|---|---|---|---|---|
| **Vendor #** | 9000462812 | **Issue Date** | 2025/05/16 | **Remittance Total** | 146,917.94 |
| **Confidential** | | | | | |

Page     1  of  1

SP PLUS CORPORATION
200 E RANDOLPH STREET
CHICAGO, IL 60601
USA

H HOLDCO LLC

Bank of Origin: Wells Fargo
Issue Date: 2025/04/16
Advice Number: 286536
Payment Amount: 375,899.95
Currency: USD
Vendor #: 9000462812

# Remittance Advice

| Invoice Date | Invoice # | Related PO | Invoice Gross Amount | Discount Amount | Invoice Net Amount |
|---|---|---|---|---|---|
| 2025/04/16 | 83754-C8-0325F | | 375,899.95 | 0.00 | 375,899.95 |

This notice is to inform you that an attempt has been or will be made to send funds electronically to your bank account via ACH or Wire transfer.Receipt of this remittance advice is not confirmation of success or failure of this attempt. If you have any questions please contact our Accounts Payable at sp_payments@spplus.com.

| **Summary Section** | | | | | |
|---|---|---|---|---|---|
| **Vendor #** | 9000462812 | | **Issue Date** | 2025/04/16 | **Remittance Total** | 375,899.95 |
| **Confidential** | | | | | |

# Year to Date "1000 Frank E Rogers" Parking Revenue

|  | Dec-24 | Jan-25 | Feb-25 | Mar-25 | Apr-25 |
|---|---|---|---|---|---|
| Gross Revenue | $101,410.84 | $140,017.99 | $145,170.64 | $227,922.79 | $226,665.74 |
| Less: Sales Tax | ($13,116.76) | ($17,936.21) | ($18,937.40) | ($29,773.04) | ($29,632.73) |
| Net Cash Revenue | $88,294.08 | $122,081.78 | $126,233.24 | $198,149.75 | $197,033.01 |
| Total Expenses | ($30,764.00) | ($31,301.18) | ($61,962.92) | ($34,830.80) | ($50,115.07) |
| NOI/Amount Due Owner | $57,530.08 | $90,780.60 | $64,270.32 | $163,318.95 | $146,917.94 |

| | | | | |
|---|---|---|---|---|
| Remittance Amount | | $375,899.95 | | $146,917.94 |
| Notes | | December to March were combined in 1 check | | |