Mark A. Berman, Esq.
**HARTMANN DOHERTY ROSA
BERMAN & BULBULIA LLP**
433 Hackensack Avenue, Suite 1002
Hackensack, New Jersey 07601
t: 201-441-9056
e: mberman@hdrbb.com
*Attorneys for Defendants*
*SP Plus Corporation (n/k/a SP Plus LLC)*
*and Metropolis Tennessee LLC*

|  |  |
|---|---|
| In re:<br><br>SUPOR PROPERTIES ENTERPRISES LLC, *et al.*,<br><br>Debtor. | **UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY**<br><br>Case No. 24-13427 (SLM)<br><br>Chapter 11<br><br>Jointly Administered |
| SUPOR PROPERTIES ENTERPRISES LLC, *et al.*,<br><br>Plaintiffs,<br><br>- vs –<br><br>H CAPITAL HOLDINGS, LLC, *et al.*,<br><br>Defendants. | Adversary Proceeding No. 25-1251-SLM<br><br>**NOTICE OF MOTION FOR SUMMARY JUDGMENT**<br><br>Hearing Date: March 18, 2026 |

TO:   Michael E. Holt, Esq.
FORMAN HOLT
ELIADES & YOUNGMAN LLC
365 West Passaic Street, Suite 400
Rochelle Park, New Jersey 07662
*Attorneys for Plaintiffs*

**PLEASE TAKE NOTICE** that, on March 18, 2026, at 10:00 a.m. or as soon thereafter as counsel may be heard, Defendants SP Plus Corporation and Metropolis Tennessee LLC, through their attorneys, Hartmann Doherty Rosa Berman & Bulbulia LLP, will move before the Honorable Stacey L. Meisel, U.S.B.J., 50 Walnut Street, Courtroom 3A, Newark, New Jersey, for entry of an

- 1 -

order granting summary judgment in favor of Defendants and against Plaintiff Supor Properties

Enterprises LLC. In support of this motion, Defendants will rely on the letter brief, certifications,

exhibits, and proposed order filed with this motion.

Mark A. Berman, Esq.
**HARTMANN DOHERTY ROSA
BERMAN & BULBULIA LLP**
433 Hackensack Avenue, Suite 1002
Hackensack, New Jersey 07601
(201) 441-9056
mberman@hdrbb.com

*Attorneys for SP Plus Corporation and
Metropolis Tennessee LLC*

Dated: February 13, 2026