Mark A. Berman, Esq.
**HARTMANN DOHERTY ROSA
BERMAN & BULBULIA LLP**
433 Hackensack Avenue, Suite 1002
Hackensack, New Jersey 07601
t: 201-441-9056
e: mberman@hdrbb.com
*Attorneys for Defendants*
*SP Plus Corporation (n/k/a SP Plus LLC)*
*and Metropolis Tennessee LLC*

|  |  |
|---|---|
| In re:<br><br>SUPOR PROPERTIES ENTERPRISES LLC, *et al.*,<br><br>Debtor.<br><br>SUPOR PROPERTIES ENTERPRISES LLC, *et al.*,<br><br>Plaintiffs,<br><br>- vs –<br><br>H CAPITAL HOLDINGS, LLC, *et al.*,<br><br>Defendants. | **UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY**<br><br>Case No. 24-13427 (SLM)<br><br>Chapter 11<br><br>Jointly Administered<br><br>Adversary Proceeding No. 25-1251-SLM<br><br>**CERTIFICATION OF MARK A. BERMAN, ESQ. IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**<br><br>Hearing Date: March 18, 2026 |

I, MARK A. BERMAN, ESQ., hereby certify as follows:

1)    I am a partner at Hartmann Doherty Rosa Berman & Bulbulia LLP, counsel for Defendants SP Plus Corporation and Metropolis Tennessee LLC.

2)    Attached as Exhibit A is a copy (excluding exhibits) of Plaintiffs' June 16, 2025 First Amended Verified Complaint.

3)    Attached as Exhibit B is a copy of the Court's July 7, 2025 Consent Order.

- 1 -

4)    Defendants have complied with the July 7, 2025 Consent Order by (a) providing to Plaintiff Supor Properties Enterprises LLC all financial records requested that account for funds owed under Metropolis' agreement with H Holdco, LLC, and (b) turned over the funds as required under the July 7, 2025 Consent Order. *See* Sadik Cert. ¶¶ 2-3.

5)    On September 29, 2025, I sent an e-mail to Plaintiffs' counsel asking Supor to dismiss its claim against Defendants because the accounting that Supor demanded was provided to it and an agreement was entered into pertaining to the parking lot at 1000 Frank E. Rodgers Boulevard, Harrison, New Jersey. Plaintiffs' counsel did not respond.

6)    On October 15, 2025, I sent a follow-up e-mail to Plaintiffs' counsel requesting dismissal of Defendants. Plaintiffs' counsel did not respond.

7)    Attached as Exhibit C are copies of my September 29, 2025 e-mail and October 15, 2025 e-mail to Plaintiffs' counsel.

8)    On January 9, 2026, I sent an e-mail to Plaintiffs' counsel asking Supor to file a stipulation dismissing Supor's claim against Defendants. Plaintiffs' counsel did not respond.

9)    Attached as Exhibit D is a copy of my January 9, 2026 e-mail to Plaintiffs' counsel.

10)    Supor has not objected to or raised any issues with Defendants' compliance with the July 7, 2025 Consent Order.

11)    Supor has not requested any additional information relating to Defendants' compliance with the July 7, 2025 Consent Order.

12)    On July 15, 2025, Supor confirmed receipt of the funds turned over under the July 7, 2025 Consent Order.

13)    On July 17, 2025, Supor confirmed receipt of the financial records accounting for funds received from H Holdco.

14)     Attached as Exhibit E are copies of the July 15, 2025 confirmation and July 17, 2025 confirmation.

I hereby certify under penalty of perjury that the foregoing statements made by me are true and correct.

_____
Mark A. Berman, Esq.

Dated: February 13, 2026