# EXHIBIT B

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

K&L Gates LLP
One Newark Center
1085 Raymond Boulevard, 10th Floor
Newark, NJ 07102
Telephone: (973) 848-4000
Facsimile: (973) 848-4001
Daniel M. Eliades, Esq.
Daniel.eliades@klgates.com
David S. Catuogno, Esq.
David.catuogno@klgates.com

*Special Counsel for Plaintiffs and Reorganized Debtors*

Forman Holt
365 West Passaic Street -Suite 400
Rochelle Park, NJ 07662
Telephone: (201) 857-7110
Facsimile: (201) 665-6650
Michael E. Holt, Esq.
Mholt@formanlaw.com

*Counsel for the Plaintiffs and Reorganized Debtors*

**Order Filed on July 7, 2025
by Clerk,
U.S. Bankruptcy Court
District of New Jersey**

In re:

Supor Properties Enterprises LLC, *et al.*[1],

Debtors.

Case No. 24-13427 (SLM)
Judge: Stacey L. Meisel
Chapter 11

(Jointly Administered)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Supor Properties Enterprises LLC (5580); J Supor 136-1 Realty LLC (3205); Supor-172 Realty LLC (EIN No. 5662); Supor Properties Breiderhoft LLC (7258); Supor Properties Devon LLC (6357); Shore Properties Associates North LLC (6707); Supor Properties 600 Urban Renewal, LLC (8604); JS Realty Properties, LLC (2497); and Supor Properties Harrison Avenue, LLC (1728).

Page        2

Adv. Pro.:        Supor Properties Enterprises LLC, J Supor 136-1 Realty LLC, and Supor-172 Realty LLC v. H Capital Holdings, LLC, Antong He a/k/a Anthony Lee a/k/a Tong He, SP Plus Corporation, Metropolis Tennessee LLC, East One Harrison Urban Renewal, LLC, Accordia Harrison Urban Renewal, LLC, H Holdco, LLC, Invictus Real Estate Partners LLC and Does I-V

Adv. Pro. No.:        25-01251

Caption:        CONSENT ORDER BETWEEN PLAINTIFFS AND DEFENDANT SP PLUS CORPORATION AND METROPOLIS TENNESSEE LLC REGARDING ORDER TO SHOW CAUSE WHY COURT SHOULD NOT (I) ENTER PRELIMINARY INJUNCTIVE RELIEF AGAINST EACH DEFENDANT AND (II) HOLD H CAPITAL HOLDINGS, LLC IN CONTEMPT OF COURT

| | |
|---|---|
| Supor Properties Enterprises LLC, J Supor 136-1 Realty LLC, and Supor-172 Realty LLC<br><br>Plaintiffs,<br><br>v.<br><br>H Capital Holdings, LLC, Antong He a/k/a Anthony Lee a/k/a Tong He, SP Plus Corporation, Metropolis Tennessee LLC, East One Harrison Urban Renewal, LLC, Accordia Harrison Urban Renewal, LLC, H Holdco, LLC, Invictus Real Estate Partners LLC and Does I-V<br><br>Defendants. | Adv. Pro. No. 25-01251<br><br>**CONSENT ORDER BETWEEN PLAINTIFFS AND DEFENDANTS SP PLUS CORPORATION AND METROPOLIS TENNESSEE LLC REGARDING ORDER TO SHOW CAUSE WHY COURT SHOULD NOT (I) ENTER PRELIMINARY INJUNCTIVE RELIEF AGAINST EACH DEFENDANT AND (II) HOLD H CAPITAL HOLDINGS, LLC IN CONTEMPT OF COURT** |

The relief set forth on the following pages, numbered three (3) through five (5), is hereby **ORDERED.**

**DATED: July 7, 2025**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page        3

Adv. Pro.:    Supor Properties Enterprises LLC, J Supor 136-1 Realty LLC, and Supor-172 Realty LLC v. H Capital Holdings, LLC, Antong He a/k/a Anthony Lee a/k/a Tong He, SP Plus Corporation, Metropolis Tennessee LLC, East One Harrison Urban Renewal, LLC, Accordia Harrison Urban Renewal, LLC, H Holdco, LLC, Invictus Real Estate Partners LLC and Does I-V

Adv. Pro. No.:  25-01251

Caption:     CONSENT ORDER BETWEEN PLAINTIFFS AND DEFENDANT SP PLUS CORPORATION AND METROPOLIS TENNESSEE LLC REGARDING ORDER TO SHOW CAUSE WHY COURT SHOULD NOT (I) ENTER PRELIMINARY INJUNCTIVE RELIEF AGAINST EACH DEFENDANT AND (II) HOLD H CAPITAL HOLDINGS, LLC IN CONTEMPT OF COURT

**THIS MATTER** having been presented to the Court by Plaintiffs, Supor Properties Enterprises LLC, J Supor 136-1 Realty LLC, and Supor-172 Realty LLC (each a "Plaintiff" and collectively, the "Plaintiffs") and Defendant SP Plus Corporation (n/k/a SP Plus LLC, a Delaware limited liability company) and Metropolis Tennessee LLC (collectively "Metropolis") regarding the Order to Show Cause entered by this Court on June 17, 2025 (ECF No. 6) (the "Order to Show Cause"); and Plaintiffs and Metropolis having agreed to the form and substance of the relief set forth in this Consent Order; and for good cause shown:

**IT IS HEREBY ORDERED AS FOLLOWS:**

1.      Metropolis shall account for all revenue and turn over Net Operating Income (as defined in the November 12, 2024 Parking Services Agreement between Metropolis Tennessee LLC and H Holdco LLC), from the parking at 1000 Frank E. Rodgers Boulevard, Harrison, NJ (the "Parking Lot") for the months of May 2025 and June 2025 to Plaintiff Supor Properties Enterprises LLC within seven (7) days of entry of this Order. In addition, Metropolis shall account for Gross Revenue (as defined in the November 12, 2024 Parking Services Agreement between Metropolis Tennessee LLC and H Holdco LLC) and turn over the Net Operating Income revenue received from the Parking Lot on or before the 15th of the month thereafter.

2.      Plaintiffs and Metropolis shall negotiate in good faith a new agreement for the parking at the Parking Lot. Any revenue received from the Parking Lot after June 2025 shall be the subject of such separate negotiated agreement between Plaintiffs and Metropolis.

3.      Subsequent to entry of this Consent Order, and without prejudice to or satisfaction of any claims of Plaintiffs in the Verified Complaint or otherwise, Metropolis, as well as their officers, agents and assigns, shall not take any direction from H Capital Holdings, LLC, Antong He a/k/a Anthony Lee a/k/a Tong He, East One Harrison Urban Renewal, LLC, Accordia Harrison Urban Renewal, LLC, H Holdco, LLC, Invictus Real Estate Partners LLC (or anyone else besides the Plaintiffs) regarding the Parking Lot, or the revenue derived therefrom.

F0255832 - 1
1600404596.4

| Page | 4 |
|---|---|
| Adv. Pro.: | Supor Properties Enterprises LLC, J Supor 136-1 Realty LLC, and Supor-172 Realty LLC v. H Capital Holdings, LLC, Antong He a/k/a Anthony Lee a/k/a Tong He, SP Plus Corporation, Metropolis Tennessee LLC, East One Harrison Urban Renewal, LLC, Accordia Harrison Urban Renewal, LLC, H Holdco, LLC, Invictus Real Estate Partners LLC and Does I-V |
| Adv. Pro. No.: | 25-01251 |
| Caption: | CONSENT ORDER BETWEEN PLAINTIFFS AND DEFENDANT SP PLUS CORPORATION AND METROPOLIS TENNESSEE LLC REGARDING ORDER TO SHOW CAUSE WHY COURT SHOULD NOT (I) ENTER PRELIMINARY INJUNCTIVE RELIEF AGAINST EACH DEFENDANT AND (II) HOLD H CAPITAL HOLDINGS, LLC IN CONTEMPT OF COURT |

4. To the extent revenue derived from the Parking Lot, may have been received by Metropolis from December 1, 2024 to the date of this Consent Order, Metropolis shall account to Plaintiffs for same.

5. Metropolis hereby acknowledges that it was timely and properly served with the Amended Complaint and Order to Show Cause no later than June 19, 2025.

6. Metropolis hereby acknowledges and agrees that it is required to file a responsive pleading to the Amended Verified Complaint by July 19, 2025, which is 30 days after the acknowledged date of service thereof as set forth in the Order to Show Cause entered by the Court on June 18, 2025 (Adv. Pro. No. 25-01251) (ECF No. 6).

5. Nothing contained in this Consent Order shall be deemed to prejudice, waive, release, settle or compromise any claim of Plaintiffs against any of the Defendants, including Metropolis, in the Verified Complaint or otherwise, or be deemed to prejudice, waive, release, settle or compromise any cross claim between any Defendants, or any claims by Metropolis.

6. Nothing contained herein shall be deemed or construed to: (i) limit Plaintiffs to the relief granted herein; (ii) bar Plaintiffs from seeking other and further relief (including without limitation relief from the terms of this Order) for cause shown on appropriate notice to parties-in-interest entitled to notice of same; (iii) waive, compromise, release or resolve other claims asserted by Plaintiffs in the Verified Complaint or otherwise, (iv) require Plaintiffs to forbear from any rights or claims; or (v) require Plaintiffs to agree to re-instate the PSA for the FER Property.

7. Except as specifically set forth in this Consent Order, nothing contained herein shall be deemed to prejudice, waive, release, settle or compromise any claim or defense of any party to this adversary proceeding or any interested party in the bankruptcy cases of the Reorganized Debtors.

F0255832 - 1
1600404596.4

Page     5

Adv. Pro.:     Supor Properties Enterprises LLC, J Supor 136-1 Realty LLC, and Supor-172 Realty LLC v. H Capital Holdings, LLC, Antong He a/k/a Anthony Lee a/k/a Tong He, SP Plus Corporation, Metropolis Tennessee LLC, East One Harrison Urban Renewal, LLC, Accordia Harrison Urban Renewal, LLC, H Holdco, LLC, Invictus Real Estate Partners LLC and Does I-V

Adv. Pro. No.:     25-01251

Caption:     CONSENT ORDER BETWEEN PLAINTIFFS AND DEFENDANT SP PLUS CORPORATION AND METROPOLIS TENNESSEE LLC REGARDING ORDER TO SHOW CAUSE WHY COURT SHOULD NOT (I) ENTER PRELIMINARY INJUNCTIVE RELIEF AGAINST EACH DEFENDANT AND (II) HOLD H CAPITAL HOLDINGS, LLC IN CONTEMPT OF COURT

The undersigned are authorized to and hereby do consent to the form and entry of this Consent Order:

**K&L Gates LLP**

/s/ William L. Waldman
By: William L. Waldman, Esq.
K&L GATES LLP
*Special Counsel for the Plaintiffs*

**Hartmann Doherty Rosa Berman & Bulbulia LLP**

/s/ Mark Berman
By: Mark Berman, Esq.
Hartmann Doherty Rosa Berman & Bulbulia LLP
*Counsel for Defendants Metropolis*
*Real Estate Partners LLC and SP Plus Corporation*

F0255832 - 1
1600404596.4