# EXHIBIT C

**From:** Mark Berman <mberman@hdrbb.com>
**Date:** Wednesday, October 15, 2025 at 16:06
**To:** "Michael E. Holt" <mholt@Formanlaw.com>
**Subject:** Re: Supor Properties Enterprises LLC, et al v. H Capital Holdings, LLC, et al Adv. Pro. No. 25-1251 (SLM)

```
Following up on this.  My understanding from my client is that Rebecca
Supor has told them that Supor has signed the contract and it should have
been sent to my client, but it has not been received.  Can someone give me
an update?

Mark
```

**From:** Mark A. Berman <mberman@hdrbb.com>
**Date:** Monday, September 29, 2025 at 15:52
**To:** Michael E. Holt <mholt@Formanlaw.com>
**Subject:** Re: Supor Properties Enterprises LLC, et al v. H Capital Holdings, LLC, et al Adv. Pro. No. 25-1251 (SLM)

```
Michael

My understanding is that our clients have worked out a new management
agreement that went to your client for signature on Sep 19.  Can you ping
them to try to get it executed?  In that regard, the relief requested
against Metropolis is an accounting; we have provided you reports.  Is
there anything else you need or can we get dismissed?

Mark
```

**From:** Michael E. Holt <mholt@Formanlaw.com>
**Date:** Monday, August 25, 2025 at 16:08
**To:** Sklar, Adam <ASklar@coleschotz.com>, Robert Selvers <selvers@wgslawyers.com>, Rachel R. Cohen <cohen@wgslawyers.com>, Mark A. Berman <mberman@hdrbb.com>
**Cc:** Daniel.Eliades@klgates.com <Daniel.Eliades@klgates.com>, david.catuogno@klgates.com <david.catuogno@klgates.com>, William.Waldman@klgates.com <William.Waldman@klgates.com>
**Subject:** RE: Supor Properties Enterprises LLC, et al v. H Capital Holdings, LLC, et al Adv. Pro. No. 25-1251 (SLM)

Adam