# EXHIBIT D

**From:** Mark Berman <mberman@hdrbb.com>
**Date:** Friday, January 9, 2026 at 14:46
**To:** "Michael E. Holt" <mholt@Formanlaw.com>
**Cc:** Bapineedu Bikkani <bbikkani@hdrbb.com>
**Subject:** Supor

```
Michael

Will you agree to a stipulation of dismissal against Metropolis?  The
injunctive relief you were seeking has been provided and the parties have
a new contract.  I'd like to avoid having to file a motion.
```

Mark A. Berman, Esq. | Chair, Litigation & Criminal Defense

Hartmann Doherty Rosa Berman & Bulbulia LLP
433 Hackensack Avenue, Suite 1002
Hackensack, New Jersey 07601
Main:   201-441-9056
Direct: 201-649-8015
Email: mberman@hdrbb.com
Web: www.hdrbb.com



New Jersey | New York | Vermont | Florida