# EXHIBIT E



**From:** Rebecca Supor <rsupor@jsupor.com>
**Date:** Thursday, July 17, 2025 at 10:15
**To:** Mark Berman <mberman@hdrbb.com>
**Cc:** Radhika Lohia <rlohia@metropolis.io>, Erik Jarmusz <ejarmusz@metropolis.io>
**Subject:** RE: Supor - SP Plus - Metropolis - Parking Revenue

I have it Mark thanks for checking!

**Rebecca Supor**
Supor Companies
433 Bergen Ave. Kearny NJ 07032
Phone:  201 – 299 – 1100  ext: 306
rsupor@jsupor.com
www.jsupor.com



CONFIDENTIALITY NOTICE:
This is a transmission from J. Supor & Son Trucking & Rigging Inc. and may contain information that is confidential and proprietary. If you are not the intended recipient, or the person responsible for delivering the email to the intended recipient, be advised that you have received this email in error and that any use, dissemination, forwarding, printing, or copying of this email is strictly prohibited.

All business transactions are subject to applicable terms and conditions found at www.jsupor.com/terms.

All quotes are based on dimensions / weights supplied
All quotes are good for 30 days
Subject to equipment availability

If you have received this transmission in error, please destroy it immediately.

**From:** Mark A. Berman <mberman@hdrbb.com>
**Sent:** Wednesday, July 16, 2025 10:13 PM
**To:** Rebecca Supor <rsupor@jsupor.com>
**Cc:** Radhika Lohia <rlohia@metropolis.io>; Erik Jarmusz <ejarmusz@metropolis.io>
**Subject:** Re: Supor - SP Plus - Metropolis - Parking Revenue

A propos of the below, I recall seeing an email from Rebecca that the June
report was sent?

Mark

1

**From:** Michael E. Holt <mholt@Formanlaw.com>
**Date:** Tuesday, July 15, 2025 at 13:26
**To:** Mark A. Berman <mberman@hdrbb.com>
**Cc:** Radhika Lohia <rlohia@metropolis.io>, Erik Jarmusz <ejarmusz@metropolis.io>,
William.Waldman@klgates.com <William.Waldman@klgates.com>, Daniel.Eliades@klgates.com
<Daniel.Eliades@klgates.com>, Rebecca Supor <rsupor@jsupor.com>
**Subject:** RE: Supor - SP Plus - Metropolis - Parking Revenue

Mark
Confirming that my client received $331,971.15.

Please advise how that is allocated as between May and June, and whether that represents all that your
client believes is owed to the property owner for those months.

Please also provide the accounting for June 2025.

Thank you.
Mike



**Michael Holt**
**Direct 201.857.7110 mholt@formanlaw.com**



**www.formanlaw.com**

This e-mail may contain information that is privileged or confidential and subject to legal restrictions regarding
its unauthorized disclosure or other use.  You are prohibited from copying distributing or otherwise using this
information if you are not the intended recipient.  If you have received this in error, please notify us
immediately by return e-mail and delete this e-mail and all attachments from your system.  Thank you



**From:** Mark A. Berman <mberman@hdrbb.com>
**Sent:** Monday, July 14, 2025 1:40 PM
**To:** Michael E. Holt <mholt@Formanlaw.com>
**Cc:** Radhika Lohia <rlohia@metropolis.io>; Erik Jarmusz <ejarmusz@metropolis.io>; William.Waldman@klgates.com;
Daniel.Eliades@klgates.com; Rebecca Supor <rsupor@jsupor.com>
**Subject:** Re: Supor - SP Plus - Metropolis - Parking Revenue

```
Confirmed that funds are being wired today
```

**From:** Michael E. Holt <mholt@Formanlaw.com>
**Date:** Monday, July 14, 2025 at 09:14
**To:** Mark A. Berman <mberman@hdrbb.com>