**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>SUPOR PROPERTIES ENTERPRISES LLC, *et al.*,<br><br>       Debtor. | Case No. 24-13427 (SLM)<br><br>Chapter 11<br><br>Jointly Administered |
| SUPOR PROPERTIES ENTERPRISES LLC, *et al.*,<br><br>       Plaintiffs,<br><br>- vs –<br><br>H CAPITAL HOLDINGS, LLC, *et al.*,<br><br>       Defendants. | Adversary Proceeding No. 25-1251-SLM<br><br>Hearing Date: March 18, 2026 |

<u>**ORDER GRANTING SUMMARY JUDGMENT**</u>

The relief set forth on the following page, numbered 2, is **ORDERED**.

Dated: March _____, 2026

_____
Honorable Stacey L. Meisel
United States Bankruptcy Judge

- 1 -

**THIS MATTER**, having come before the Court upon Defendants SP Plus Corporation and Metropolis Tennessee LLC's motion for summary judgment, and the Court having considered the submissions of the parties and the oral argument of counsel, and for good cause shown;

**IT IS HEREBY ORDERED AS FOLLOWS**:

1) Defendants SP Plus Corporation and Metropolis Tennessee LLC's motion for summary judgment is **GRANTED.**

2) Plaintiffs' First Amended Complaint as to Defendants SP Plus Corporation and Metropolis Tennessee LLC is **DISMISSED WITH PREJUDICE**.

3) Electronic filing of this Order by the Court shall constitute good and sufficient service upon all parties.