Mark A. Berman, Esq.
**HARTMANN DOHERTY ROSA**
**BERMAN & BULBULIA LLP**
433 Hackensack Avenue, Suite 1002
Hackensack, New Jersey 07601
t: 201-441-9056
e: mberman@hdrbb.com
*Attorneys for Defendants*
*SP Plus Corporation (n/k/a SP Plus LLC)*
*and Metropolis Tennessee LLC*

|  |  |
|---|---|
| In re:<br><br>SUPOR PROPERTIES ENTERPRISES LLC, *et al.*,<br><br>     Debtor.<br><hr>SUPOR PROPERTIES ENTERPRISES LLC, *et al.*,<br><br>     Plaintiffs,<br><br>- vs –<br><br>H CAPITAL HOLDINGS, LLC, *et al.*,<br><br>     Defendants. | **UNITED STATES BANKRUPTCY COURT**<br>**FOR THE DISTRICT OF NEW JERSEY**<br><br>Case No. 24-13427 (SLM)<br><br>Chapter 11<br><br>Jointly Administered<br><br>Adversary Proceeding No. 25-1251-SLM<br><br>**CERTIFICATION OF SERVICE OF**<br>**MOTION FOR SUMMARY JUDGMENT**<br><br>Hearing Date: March 18, 2026 |

I, MARK A. BERMAN, ESQ., hereby certify that, on February 13, 2026, I caused a copy of Defendants' notice of motion for summary judgment and supporting papers to be served on Plaintiffs' counsel via regular mail.

              _____
              Mark A. Berman, Esq.

Dated: February 13, 2026

- 1 -