UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1**

K&L Gates LLP
One Newark Center
1085 Raymond Boulevard, 10th Floor
Newark, NJ 07102
Telephone: (973) 848-4000
Facsimile: (973) 848-4001
Daniel M. Eliades, Esq.
Daniel.eliades@klgates.com
David S. Catuogno, Esq.
David.catuogno@klgates.com

*Special Counsel for the Reorganized Debtors*

Forman Holt
2 University Plaza Drive, Suite 308
Hackensack, NJ 07601
Telephone: (201) 857-7110
Facsimile: (201) 665-6650
Michael E. Holt, Esq.
Mholt@formanlaw.com

*Counsel for the Reorganized Debtors*

| | |
|---|---|
| In re:<br><br>Supor Properties Enterprises LLC, *et al.*[1],<br><br>Debtors. | Case No. 24-13427 (SLM)<br>Judge: Stacey L. Meisel<br>Chapter 11<br><br>(Jointly Administered) |
| Supor Properties Enterprises LLC,<br>J Supor 136-1 Realty LLC, and<br>Supor-172 Realty LLC<br>Plaintiffs,<br><br>v.<br><br>H Capital Holdings, LLC, Antong He a/k/a Anthony Lee a/k/a Tong He, SP Plus Corporation, Metropolis Tennessee LLC, East One Harrison Urban Renewal, LLC, Accordia Harrison Urban Renewal, LLC, H Holdco, LLC, Invictus Real Estate Partners LLC and Does I-V<br><br>Defendants. | Adv. Pro. No. 25-01251 |

[1] The Debtors in these related chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Supor Properties Enterprises LLC (5580); J Supor 136-1 Realty LLC (3205); Supor-172 Realty LLC (EIN No. 5662); Supor Properties Breiderhoft LLC (7258); Supor Properties Devon LLC (6357); Shore Properties Associates North LLC (6707); Supor Properties 600 Urban Renewal, LLC (8604); JS Realty Properties, LLC (2497); and Supor Properties Harrison Avenue, LLC (1728).

**PLAINTIFFS' NOTICE OF MOTION TO HOLD THE H CAPITAL DEFENDANTS IN CIVIL CONTEMPT**

**TO: ALL INTERESTED PARTIES**

**PLEASE TAKE NOTICE** that on November 24, 2026 at 10:00 a.m. or as soon thereafter as counsel may be heard, Plaintiffs Supor Properties Enterprises LLC ("Supor Enterprises"), J Supor 136-1 Realty LLC ("Supor 136"), and Supor-172 Realty LLC ("Supor 172", and together with Supor Enterprises and Supor 136, "Plaintiffs" or "Movants") by and through their attorneys, K&L Gates LLP, shall move before the Honorable Stacey L. Meisel at the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102, for entry of an order (1) holding Defendants H Capital Holdings, LLC, Antong He a/k/a Anthony Lee a/k/a Tong He, East One Harrison Urban Renewal, LLC, Accordia Harrison Urban Renewal, LLC, and H Holdco, LLC (collectively the "H Capital Defendants") in civil contempt for failing to comply with Paragraph 3 of the Court's December 18, 2025 Order Granting Injunctive Relief [ECF No. 60] (the "Injunctive Order"); (2) compelling the H Capital Defendants to immediately comply with the Injunctive Order; (3) imposing continuing fines through the date of compliance, and/or other relief against the H Capital Defendants; (4) awarding Plaintiffs attorneys' fees and costs incurred in bringing this motion; and (5) granting such other relief as the Court deems just and proper (the "Contempt Motion").

**PLEASE TAKE FURTHER NOTICE** that Plaintiff shall rely upon the *Memorandum of Law in Support of Plaintiffs' Motion to Hold H Capital Defendants in Civil Contempt* and the *Certification of David S. Catuogno in Support of Contempt Motion* filed simultaneously herewith in support of the Motion. A proposed form of order granting the relief requested is also being submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that any opposition to the Motion must be filed

with the Clerk of the Bankruptcy Court at 50 Walnut Street, Newark, N.J. 07102 and served upon K&L Gates LLP., One Newark Center, 10th Floor, Newark, New Jersey 07102, Attn.: David S. Catuogno, Esq., no later than seven (7) days prior to the hearing date on the Motion that is set forth above.

**PLEASE TAKE FURTHER NOTICE** that unless objections are timely filed, the Motion may be decided on the pleadings filed by Plaintiffs in accordance with D.N.J. LBR 9013-3(d), and the relief requested in the Motion may be granted without further notice or hearing.

**PLEASE TAKE FURTHER NOTICE** that Plaintiff does not request oral argument on the Motion unless opposition is filed and served in accordance with this Notice or as otherwise requested by the Court. If opposition to the Motion is filed and served in accordance with this Notice, Plaintiff requests oral argument on the Motion on the hearing date set forth above.

**PLEASE TAKE FURTHER NOTICE** that in accordance with D.N.J. LBR 9013-3(e), unless the Court authorizes otherwise prior to the hearing date hereof, no testimony shall be taken at the hearing except by certification or affidavit.

*[Remainder of Page Left Intentionally Blank]*

Dated: October 27, 2026

**K&L GATES LLP**

By: */s/ David S. Catuogno*
David S. Catuogno, Esq.
Kyle C. McLester, Esq.
One Newark Center, 10th Floor
Newark, New Jersey 07102
Tel: (973) 848-4000
Fax: (973) 848-4001
Email: david.catuogno@klgates.com
Email: kyle.mclester@klgates.com

-and-

**FORMAN HOLT**

Michael E. Holt, Esq.
2 University Plaza Drive, Suite 308
Hackensack, NJ 07601
Tel: (201) 857-7110
Fax: (201) 665-6650
Email: mholt@formanlaw.com