# EXHIBIT B

**From:** Kathryn Anema <kanema@Formanlaw.com>
**Sent:** Friday, December 19, 2025 3:02 PM
**To:** selvers@wgslawyers.com
**Cc:** Michael E. Holt <mholt@Formanlaw.com>; Eliades, Daniel M. <Daniel.Eliades@klgates.com>; Catuogno, David S. <David.Catuogno@klgates.com>; Waldman, William <William.Waldman@klgates.com>
**Subject:** Supor Properties Enterprises, LLC, et al v. H Capital Holdings, LLC , et al Adv. Pro. No. 25-1251 (SLM)

**This Message Is From an External Sender**
This message came from outside your organization.

Mr. Selvers,

On behalf of Michael Holt, please see the attached in the referenced matter.

Thank you.

**Kathryn Anema, Paralegal**
**Direct 201.857.7104 kanema@formanlaw.com**

**365 W. Passaic St., Rochelle Park, NJ 07662**
**T 201.845.1000 F 201.655.6650**

**620 Fifth Ave., 2nd Floor, New York, NY 10020**
**T 212.707.8500 F 332.205.9332**

FORMAN HOLT
ATTORNEYS AT LAW
**www.formanlaw.com**
This e-mail may contain information that is privileged or confidential and subject to legal restrictions regarding its unauthorized disclosure or other use. You are prohibited from copying distributing or otherwise using this information if you are not the intended recipient. If you have received this in error, please notify us immediately by return e-mail and delete this e-mail and all attachments from your system. Thank you

FORMAN HOLT

ATTORNEYS AT LAW

Michael E. Holt
Member
mholt@formanlaw.com
201.857.7110

December 19, 2025

**Via Email & First Class Mail**
Robert L. Selvers Esq.
Williams Graffeo & Stern LLC
60 Washington Street, Suite 204
Morristown, NJ 07960

RE: Supor Properties Enterprises, LLC
Case No. 24-13427 (SLM)

Supor Properties Enterprises, LLC, *et al.* v. H Capital Holdings, LLC, *et al.*
Adv. Pro. No. 25-1251 (SLM)

Dear Mr. Selvers:

Enclosed for service upon your clients in the above-referenced adversary proceeding is a copy of the Court's December 18, 2025 Order Granting Injunctive Relief in that matter. Paragraph 3 of the enclosed order provides:

> Unless previously provided, the H Capital Defendants shall within ten (10) days of the entry of this order provide Plaintiffs with documents further identifying each of the Defendants' Accounts, including the identity and address of each financial institution, account numbers, names of all account holders, current balances, and account statements for each of the Defendants' Accounts since July 1, 2024.

Please provide the above information on or before the date required by the enclosed order. If it is not timely provided, we will seek all available relief from the Court.

Sincerely,

MEH:ka
Enclosure
cc: Daniel M. Eliades Esq. (via email w/encl.)
David S. Catuogno, Esq. (via email w/encl.)
William L. Waldman, Esq. (via email w/encl.)

**Order Filed on December 18, 2025**
**by Clerk,**
**U.S. Bankruptcy Court**
**District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

K&L Gates LLP
One Newark Center
1085 Raymond Boulevard, 10th Floor
Newark, NJ 07102
Telephone: (973) 848-4000
Facsimile: (973) 848-4001
Daniel M. Eliades, Esq.
Daniel.eliades@klgates.com
David S. Catuogno, Esq.
David.catuogno@klgates.com

*Special Counsel for Plaintiffs and Reorganized Debtors*

Forman Holt
365 West Passaic Street -Suite 400
Rochelle Park, NJ 07662
Telephone: (201) 857-7110
Facsimile: (201) 665-6650
Michael E. Holt, Esq.
Mholt@formanlaw.com

*Counsel for the Plaintiffs and Reorganized Debtors*

| | |
|---|---|
| In re:<br><br>Supor Properties Enterprises LLC, *et al.*[1],<br><br>Debtors. | Case No. 24-13427 (SLM)<br>Judge: Hon. Stacey L. Meisel<br>Chapter 11<br><br>(Jointly Administered) |

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Supor Properties Enterprises LLC (5580); J Supor 136-1 Realty LLC (3205); Supor-172 Realty LLC (EIN No. 5662); Supor Properties Breiderhoft LLC (7258); Supor Properties Devon LLC (6357); Shore Properties Associates North LLC (6707); Supor Properties 600 Urban Renewal, LLC (8604); JS Realty Properties, LLC (2497); and Supor Properties Harrison Avenue, LLC (1728).

| | |
|---|---|
| Supor Properties Enterprises LLC,<br>J Supor 136-1 Realty LLC, and<br>Supor-172 Realty LLC<br>Plaintiffs,<br>v.<br>H Capital Holdings, LLC, Antong He a/k/a Anthony Lee a/k/a Tong He, SP Plus Corporation, Metropolis Tennessee LLC, East One Harrison Urban Renewal, LLC, Accordia Harrison Urban Renewal, LLC, H Holdco, LLC, Invictus Real Estate Partners LLC and Does I-V<br>Defendants. | Adv. Pro. No. 25-01251 |

**ORDER GRANTING INJUNCTIVE RELIEF**

The relief set forth on the following pages, numbered three through six, is hereby **ORDERED.**

**DATED: December 18, 2025**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

| | |
|---|---|
| Adv. Pro.: | Supor Properties Enterprises LLC, J Supor 136-1 Realty LLC, and Supor-172 Realty LLC v. H Capital Holdings, LLC, Antong He a/k/a Anthony Lee a/k/a Tong He, SP Plus Corporation, Metropolis Tennessee LLC, East One Harrison Urban Renewal, LLC, Accordia Harrison Urban Renewal, LLC, H Holdco, LLC, Invictus Real Estate Partners LLC and Does I-V |
| Adv. Pro. No.: | 25-01251 |
| Caption: | ORDER GRANTING INJUNCTIVE RELIEF |

**THIS MATTER** having been presented to the Court by Supor Properties Enterprises LLC, J Supor 136-1 Realty LLC, and Supor-172 Realty LLC (collectively, the "Plaintiffs"), for entry of an Order for Injunctive Relief against Defendant H Capital Holdings, LLC ("H Capital") as set forth in the Certification of Default submitted herewith; and the Court having considered the matter; and for good cause shown:

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. The H Capital Defendants are in default under the terms of the Consent Order Regarding Order to Show Cause Why Court Should not (i) Enter Preliminary Injunctive Relief Against Each Defendant and (ii) Hold H Capital Holdings, LLC in Contempt of Court entered on August 13, 2025 [ECF No. 49].

2. Pursuant to 11 U.S.C. § 105 and Fed. R. Bankr. P. 7065, pending further order of this Court, the H Capital Defendants as well as their officers, agents and assigns, are enjoined, restrained, and prohibited from, assigning, transferring, encumbering, and otherwise disposing of all funds presently on deposit or otherwise maintained in any deposit, brokerage or other accounts maintained at HSBC Bank, Bank of America, TD Bank, Taipei Fubon Bank Hong Kong Branch, Global Bank, Fidelity National Title, Morgan Private Bank, Chase Bank, Wells Fargo Bank, and Flagstar Bank, including but not limited to each of the following "Defendants' Accounts":

(a) Account Number xxx-5608 in the name of the He Family Trust located at HSBC Bank;
(b) Account described in the Verified Complaint as allegedly containing funds in excess of $80 million at Bank of America;
(c) Account described in the Verified Complaint as allegedly containing funds in excess of $2 million at TD Bank;
(d) Account described in the Verified Complaint as allegedly containing funds in excess of $50 million at Taipei Fubon Bank Hong Kong Branch;
(e) Account described in the Verified Complaint as allegedly at Global Bank identified by H Capital as its principal bank account;
(f) Account described in the Verified Complaint as allegedly holding funds in excess of $80 million at Fidelity National Title;
(g) Account described in the Verified Complaint as allegedly containing funds in excess of $2.4 million at J.P. Morgan Private Bank;
(h) Account Number xxx-7789 at Chase Bank;
(i) Account Numbers xxx-9204 and xxx-4021 at Wells Fargo Bank; and
(j) Account Number xxx-5494 at Flagstar Bank.

3. Unless previously provided, the H Capital Defendants shall within ten (10) days of the entry of this order provide Plaintiffs with documents further identifying each of the Defendants' Accounts, including the identity and address of each financial institution, account numbers, names of all account holders, current balances, and account statements for each of the Defendants' Accounts since July 1, 2024.

4. Pursuant to Fed. R. Bankr. P. 7064 and 7065 as well as N.J.S.A. § 2A:26–2, a writ of attachment shall issue out of this Court directing the United States Marshal to, within 5 days after the date below, attach the rights and credits, bank accounts, bank deposits, proceeds, notes, monies and effects of any of the H Capital Defendants located at:

Adv. Pro.: Supor Properties Enterprises LLC, J Supor 136-1 Realty LLC, and Supor-172 Realty LLC v. H Capital Holdings, LLC, Antong He a/k/a Anthony Lee a/k/a Tong He, SP Plus Corporation, Metropolis Tennessee LLC, East One Harrison Urban Renewal, LLC, Accordia Harrison Urban Renewal, LLC, H Holdco, LLC, Invictus Real Estate Partners LLC and Does I-V
Adv. Pro. No.: 25-01251
Caption: ORDER GRANTING INJUNCTIVE RELIEF

(a) HSBC Bank;

(b) Bank of America;

(c) TD Bank;

(d) Taipei Fubon Bank Hong Kong Branch;

(e) Global Bank;

(f) Fidelity National Title;

(g) J.P. Morgan Private Bank;

(h) Chase Bank;

(i) Wells Fargo Bank; and

(j) Flagstar Bank.

5. When executing the writ of attachment, the United States Marshall shall serve a copy of this Order and the documents upon which the Order is based as recited herein upon any agent, custodian or employee of the parties listed in paragraph c, above, at the place(s) where such property to be attached are found, or at the business offices of the bank, depository or institution who maintains custody of said funds or said account, with any person of suitable age and discretion, and that the United States Marshall make immediate return of such service and of such seizure or attempted seizure to this Court.

| | |
|---|---|
| Adv. Pro.: | Supor Properties Enterprises LLC, J Supor 136-1 Realty LLC, and Supor-172 Realty LLC v. H Capital Holdings, LLC, Antong He a/k/a Anthony Lee a/k/a Tong He, SP Plus Corporation, Metropolis Tennessee LLC, East One Harrison Urban Renewal, LLC, Accordia Harrison Urban Renewal, LLC, H Holdco, LLC, Invictus Real Estate Partners LLC and Does I-V |
| Adv. Pro. No.: | 25-01251 |
| Caption: | ORDER GRANTING INJUNCTIVE RELIEF |

6. Plaintiffs shall cause a Notice of Attachment and Levy and a copy of the Order of Attachment, together with all other pleadings filed in this action, to be served upon each of the H Capital Defendants by personal service or by certified mail/return receipt requested, directed to the H Capital Defendants' places of business or residence within 5 days after the filing of the return of the officers to the said writ.

Form order − ntcorder

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

In Re: Supor Properties Enterprises LLC
Debtor

Case No.: 24−13427−SLM
Chapter 11

Supor Properties Enterprises LLC
Plaintiff

v.

H Capital Holdings, LLC
Defendant

Adv. Proc. No. 25−01251−SLM

Judge: Stacey L. Meisel

---

**NOTICE OF JUDGMENT OR ORDER**
**Pursuant to Fed. R. Bankr. P. 9022**

Please be advised that on December 18, 2025, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 60 − 59
ORDER GRANTING INJUNCTIVE RELIEF (related document:59 Document re: Certification of Default (related document:49 Order (Generic)) filed by Michael E. Holt on behalf of J Supor 136−1 Realty LLC, Supor Properties Enterprises LLC, Supor−172 Realty LLC. (Attachments: # 1 Exhibit A to Certification # 2 Exhibits B&C to Certification of Default # 3 Proposed Order # 4 Certificate of Service) filed by Plaintiff Supor Properties Enterprises LLC, Plaintiff J Supor 136−1 Realty LLC, Plaintiff Supor−172 Realty LLC). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 12/18/2025. (ntp)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: December 18, 2025
JAN: ntp

Jeanne Naughton
Clerk