UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1**
K&L Gates LLP
One Newark Center
1085 Raymond Boulevard, 10th Floor
Newark, NJ 07102
Telephone: (973) 848-4000
Facsimile: (973) 848-4001
Daniel M. Eliades, Esq.
Daniel.eliades@klgates.com
David S. Catuogno, Esq.
David.catuogno@klgates.com
*Special Counsel for the Reorganized Debtors*

Forman Holt
2 University Plaza Drive, Suite 308
Hackensack, NJ 07601
Telephone: (201) 857-7110
Facsimile: (201) 665-6650
Michael E. Holt, Esq.
Mholt@formanlaw.com
*Counsel for the Reorganized Debtors*

In re:

Supor Properties Enterprises LLC, *et al.*[1],

Debtors.

Case No. 24-13427 (SLM)
Judge: Stacey L. Meisel
Chapter 11

(Jointly Administered)

Supor Properties Enterprises LLC,
J Supor 136-1 Realty LLC, and
Supor-172 Realty LLC

Plaintiffs,

v.

H Capital Holdings, LLC, Antong He a/k/a Anthony Lee a/k/a Tong He, SP Plus Corporation, Metropolis Tennessee LLC, East One Harrison Urban Renewal, LLC, Accordia Harrison Urban Renewal, LLC, H Holdco, LLC, Invictus Real Estate Partners LLC and Does I-V

Defendants.

Adv. Pro. No. 25-01251

**ORDER GRANTING PLAINTIFFS' MOTION TO HOLD H CAPITAL DEFENDANTS IN CIVIL CONTEMPT**

The relief set forth in the following pages, numbered two (2) through four (4), be and hereby is **ORDERED.**

[1] The Debtors in these related chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Supor Properties Enterprises LLC (5580); J Supor 136-1 Realty LLC (3205); Supor-172 Realty LLC (EIN No. 5662); Supor Properties Breiderhoft LLC (7258); Supor Properties Devon LLC (6357); Shore Properties Associates North LLC (6707); Supor Properties 600 Urban Renewal, LLC (8604); JS Realty Properties, LLC (2497); and Supor Properties Harrison Avenue, LLC (1728).

**THIS MATTER**, having been brought before this Court upon the motion of Plaintiffs Supor Properties Enterprises LLC ("Supor Enterprises"), J Supor 136-1 Realty LLC ("Supor 136"), and Supor-172 Realty LLC ("Supor 172", and together with Supor Enterprises and Supor 136, "Plaintiffs" or "Movants") seeking an order: (1) holding Defendants H Capital Holdings, LLC, Antong He a/k/a Anthony Lee a/k/a Tong He, East One Harrison Urban Renewal, LLC, Accordia Harrison Urban Renewal, LLC, and H Holdco, LLC (collectively the "H Capital Defendants") in civil contempt for failing to comply with the Court's December 18, 2025 Order Granting Injunctive Relief [ECF No. 60] (the "Injunctive Order"); (2) compelling the H Capital Defendants to immediately comply with the Injunctive Order; (3) imposing continuing fines through the date of compliance, and/or other relief against the H Capital Defendants; (4) awarding Plaintiffs attorneys' fees and costs incurred in bringing this motion; and (5) granting such other relief as the Court deems just and proper (the "Contempt Motion"); and a hearing on the Motion having been held before this Court on November 24, 2026 at 10:00 a.m. (the "Hearing"); and the Court having considered the Contempt Motion and the arguments in favor of the Contempt Motion at the Hearing, if any; and the Court having considered the pleadings and/or arguments presented in opposition to the Contempt Motion, if any; and the Court finding that good and sufficient notice of the Contempt Motion was provided by Plaintiff; and for good cause shown; and for the reasons stated by the Court at the Hearing, if any; it is **HEREBY ORDERED THAT**:

1. Plaintiffs' Contempt Motion is granted.

2. The H Capital Defendants are adjudged in civil contempt for failing to comply with the Injunctive Order.

3. Upon entry of this Order, the H Capital Defendants shall immediately comply fully with Paragraph 3 of the Injunctive Order by delivering to Plaintiffs' attorneys K&L Gates LLP the documents and other information identifying each of Defendants' Accounts as defined in the Injunctive Order, including the identity and address of each financial institution, account numbers, names of all account holders, current balances, and account statements for each of Defendants' Accounts since July 1, 2024.

4. A daily fine of $_______ per day (the "Daily Fine") shall be imposed on the H Capital Defendants continuing until compliance with the Injunctive Order has been attained.

5. Once compliance with the Injunctive Order has been achieved, the parties shall promptly file a certification with the Court indicating that the H Capital Defendants have complied with the Injunctive Order and indicating the date by which compliance was achieved.

6. If the parties dispute whether full compliance has occurred or the date of compliance, either party may request a determination from the Court upon notice to the other parties.

7. Plaintiffs are awarded reasonable attorneys' fees and costs incurred in bringing this motion, in an amount to be determined by the Court. Plaintiffs shall file and serve an application with supporting documentation identifying the attorneys' fees and costs sought. The H Capital Defendants may file and serve objections within seven (7) days of the filing of Plaintiffs' application for attorneys' fees and costs. The Court shall determine the amount of the award by further order.

8. Except as expressly provided herein, the Injunctive Order remains in full force and effect.

9. The Court retains jurisdiction to enforce this Order, determine compliance, fix compensatory relief, and modify coercive sanctions as appropriate.